B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of Ohio | **Voluntary Petition** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**SENCORP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>See Attached Schedule 1 | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>31-1072700 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>4270 Ivy Pointe Boulevard<br>Cincinnati, OH<br>ZIP CODE 45245 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Clermont | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                         Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer  ☑ Debts are primarily<br>debts, defined in 11 U.S.C.           business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☑ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☑ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>SENCORP |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>See Attached Schedule 2 | Case Number: | Date Filed: |
| District:<br>Southern District of Ohio | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **SENCORP** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Ronald E. Gold** Signature of Attorney for Debtor(s) **Ronald E. Gold** Printed Name of Attorney for Debtor(s) **Frost Brown Todd LLC** Firm Name **2200 PNC Center** Address **201 East 5th Street** ~~Cincinnati, OH  45202~~ **(513) 651-6800** Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **/s/ David T. Fyffe** Signature of Authorized Individual **David T. Fyffe** Printed Name of Authorized Individual **Vice President - Corporate Financial Operations** Title of Authorized Individual _____ Date | |

# SCHEDULE 1

**List of Names Used by One or More of the Debtors in the Last 8 Years**

Agrifast, LLC
Deutsche Senco Industrie GMBH & Co KG
Deutsche Senco Industrie-Erzeugnisse GMBH & Co.
DuraSpin
DuraSpin Products, LLC
GFS
Global Fastening Solutions, Europe, B.V.
Global Fastening Solutions, LLC
Gregg Laboratories, Inc.
Nexicor, LLC
Omnifast, LLC
Rex
Rex Commercial Fastening, B.V.
Rex Commercial Tools and Fasteners, LLC
S C Financial, Inc.
Senco
Senco (Mauritius) Ltd. Shanghai Representative Office
Senco (Mauritius), Ltd.
Senco Export, Inc.
Senco General Tools (BVI) Co., Ltd.
Senco General Tools (Suzhou) Co., Ltd. (WOFE)
Senco International, Inc.
Senco Products Japan, Ltd.
Senco Products, Inc.
Senco Products, Inc., Taiwan Branch Office
Senco Verwaltungs GMBH
SENCORP
Senco-Xingya Metal Products (Taicang) Co., Ltd. (WOFE)
SenMed
SenSource
SenSource Global Sourcing (Shanghai), Ltd. (WOFE)
SenSource Global Sourcing, LLC
Sentron
Sentron Medical, Inc.
SPI (BVI), Ltd.
TyRex, LLC

# SCHEDULE 2

## List of Filing Entities

Agrifast, LLC

Global Fastening Solutions, LLC

Gregg Laboratories, Inc.

Nexicor, LLC

Omnifast, LLC

S C FINANCIAL, INC.

Senco Export, Inc.

Senco International, Inc.

Senco Products, Inc.

SENCORP

SenSource Global Sourcing, LLC

Sentron Medical, Inc.

TyRex, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-_____ |
| SENCORP, et al.,[1] | ) | (Joint Administration Requested) |
| | ) | |
| | ) | Honorable _____ |
| Debtors. | ) | |
| | ) | |

## CONSOLIDATED LIST OF THIRTY
## LARGEST UNSECURED CREDITORS

The following is the consolidated list of the creditors of the above-captioned debtors and debtors in possession (the "Debtors") holding the largest unsecured claims (the "List of Creditors") as of May 7, 2009. The List of Creditors is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing in these chapter 11 cases. The List of Creditors does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims as of May 7, 2009, unless otherwise indicated below.

| Creditor Rank (1 through 30) | Name of Creditor and Complete Mailing Address, including Zip | Name, Telephone Number, and Complete Mailing Address of Employee, Agent or Department of Creditor Familiar with Claim who may be contacted | Nature of Claim (Trade Debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent, Disputed, Unliquidated or subject to setoff | Amount of Claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | DE POAN PNEUMATIC 249 NO.81 MUSEUM ROAD BA-LI SHIANG, TAIPEI HSIEN CHN | DE POAN PNEUMATIC 249 NO.81 MUSEUM ROAD BA-LI SHIANG, TAIPEI HSIEN CHN Tel: 886-2-2619-5619 Fax: 011-886-2-2619-5777 Email: service@depoan.com | Trade Debt | | 3,959,859.58 |
| 2 | CORUS INTERNATIONAL TRADING LTD 30 MILLBANK LONDON SW1P 4WY UK | CORUS INTERNATIONAL TRADING LTD 30 MILLBANK LONDON SW1P 4WY UK Tel: 44 (0) 20 7717 4444 Fax: 011-44 20 7717 4455 | Trade Debt | | 3,394,854.49 |
| 3 | KEYSTONE STEEL & WIRE PO BOX 952402 ST. LOUIS, MO 63195 | KEYSTONE STEEL & WIRE PO BOX 952402 ST. LOUIS, MO 63195 Tel: 309-697-7422 Fax: 309-697-7422 Email: general@keystonesteel.com | Trade Debt | | 3,387,767.40 |

---

[1] The Debtors in these Chapter 11 cases are: SENCORP, Senco Products, Inc., Senco Export, Inc., SenSource Global Sourcing, LLC, TyRex, LLC, Global Fastening Solutions, LLC, Agrifast, LLC, Nexicor, LLC, Omnifast, LLC, S C FINANCIAL, INC., Senco International, Inc., Sentron Medical, Inc., and Gregg Laboratories, Inc.

CH\1098420.1

| | | | | | |
|---|---|---|---|---|---|
| 4 | DEENCH CORP.<br>NO 18. 2ND INDUSTRIAL ROAD<br>TAINAN TAIWAN<br>CHN | DEENCH CORP.<br>ATTN: COMPANY PRESIDENT<br>NO 18. 2ND INDUSTRIAL ROAD<br>TAINAN TAIWAN<br>CHN<br><br>Tel: 011-886 6 384 01 23<br>Fax: 011-886 6 384 01 01 | Trade Debt | | 2,864,237.38 |
| 5 | TRIM INTERNATIONAL INC<br>FL 21 NO 508<br>CHUNG HSIAO EAST ROAD<br>SEC 5, TAIPEI<br>TAIWAN ROC CHINA | TRIM INTERNATIONAL INC<br>ATTN: COMPANY PRESIDENT<br>FL 21 NO 508<br>CHUNG HSIAO EAST ROAD<br>SEC 5, TAIPEI<br>TAIWAN ROC CHINA<br><br>Fax: 011-866-2 759-6620 | Trade Debt | | 2,404,115.36 |
| 6 | CHINA STAPLE ENTERPRISE CORP(TAIWAN)<br>N158 NO. TAI MIN ROAD,<br>WU JIH HSIANG<br>TAICHUNG GSIEN CHINA | CHINA STAPLE ENTERPRISE CORP(TAIWAN)<br>N158 NO. TAI MIN ROAD,<br>WU JIH HSIANG<br>TAICHUNG GSIEN CHINA<br><br>Fax: 011-886-04-23354374 | Trade Debt | | 1,372,956.55 |
| 7 | STEMCOR USA, INC<br>350 FIFTH AVENUE<br>SUITE 7815<br>NEW YORK, NJ 10118-7894 | STEMCOR USA, INC<br>350 FIFTH AVENUE<br>SUITE 7815<br>NEW YORK, NJ 10118-7894<br><br>Tel: (212) 563 0262<br>Fax: (212) 563 0403<br>Email: newyork@Stemcor.com | Trade Debt | | 1,188,609.65 |
| 8 | SENCO PNEUMATIC H.K. LTD<br>BLK B, 9/F, UNIT 2<br>TONIC IND. CENTRE<br>KOWLOON, HKG | SENCO PNEUMATIC H.K. LTD<br>BLK B, 9/F, UNIT 2<br>TONIC IND. CENTRE<br>KOWLOON, HKG<br><br>Fax: 852-2796-8407 | Trade Debt | | 978,588.26 |
| 9 | JOHNSTOWN WIRE TECHNOLOGY<br>124 LAUREL AVENUE<br>JOHNSTOWN, PA 15906 | JOHNSTOWN WIRE TECHNOLOGY<br>ATTN: COMPANY PRESIDENT<br>124 LAUREL AVENUE<br>JOHNSTOWN, PA 15906<br><br>Tel: (814) 532-5650<br>Fax: (814) 532-5646 | Trade Debt | | 931,885.55 |
| 10 | XINGYA CINCINNATI<br>NO. 88 LIU TAI ROAD<br>LIUHE TOWN<br>TAICANG CITY 215431<br>CHN | XINGYA CINCINNATI<br>NO. 88 LIU TAI ROAD<br>LIUHE TOWN<br>TAICANG CITY 215431<br>CHN<br><br>Tel: 0086-512-53612369<br>Fax: 011-86-512-53613958 | Trade Debt | | 819,585.52 |
| 11 | KING STEEL CORP.<br>DRAWER #1656<br>PO BOX 79001<br>DETROIT, MI 48279-1656 | KING STEEL CORP.<br>Drawer #1656<br>PO Box 79001<br>Detroit, MI 48279-1656<br><br>Fax: 810-953-1718 | Trade Debt | | 783,930.02 |

CH\1098420.1

| | | | | | |
|---|---|---|---|---|---|
| 12 | PRECISION FASTENERS LLC<br>DUBAI INVESTMENTS BANK<br>PO BOX 28619<br>DUBAI<br>U.A.E | PRECISION FASTENERS LLC<br>DUBAI INVESTMENTS BANK<br>PO BOX 28619<br>DUBAI<br>U.A.E.<br><br>Fax: 011-971-4-8802347 | Trade Debt | | 568,632.75 |
| 13 | TECHTRONIC INDUSTRIES CO. LTD.<br>UNITS B-F, 24/F., CDW BLDG.,<br>388 CASTLE PEAK ROAD<br>TSUEN WAN, NT<br>HKG | TECHTRONIC INDUSTRIES CO. LTD.<br>ATTN: COMPANY PRESIDENT<br>UNITS B-F, 24/F., CDW BLDG.,<br>388 CASTLE PEAK ROAD<br>TSUEN WAN, NT<br>HKG<br><br>Tel: 011-852-2402 6888<br>Fax: 011-852-2413 5971 | Trade Debt | | 567,028.47 |
| 14 | STERLING STEEL LLC<br>101 AVENUE K<br>STERLING, IL 61081-3229 | STERLING STEEL LLC<br>101 AVENUE K<br>STERLING, IL 61081- 3229<br><br>Fax: 417-358-4805 | Trade Debt | | 545,081.36 |
| 15 | DUKE ENERGY<br>PO BOX 9001076<br>LOUISVILLE, KY 40290-1076 | DUKE ENERGY<br>ATTN: COMPANY PRESIDENT<br>PO BOX 9001076<br>LOUISVILLE, KY 40290-1076<br><br>Tel: 1-800-544-6900<br>Email: dginterconnectionmw@duke-energy.com | Trade Debt | | 409,368.85 |
| 16 | BASSO INDUSTRY CORP.<br>NO. 24, 36TH ROAD<br>TAICHUNG INDUSTRIAL ZONE<br>TAICHUNG R.O.C. CHINA<br>TAIWAN | BASSO INDUSTRY CORP.<br>PRESIDENT<br>NO. 24, 36TH ROAD<br>TAICHUNG INDUSTRIAL ZONE<br>TAICHUNG R.O.C. CHINA<br>TAIWAN<br><br>Tel: 886-4-23500628<br>Fax: 011-886-4-2359 8880 | Trade Debt | | 378,951.67 |
| 17 | JE IL STEEL CO., LTD<br>PO BOX 423<br>658 9 BONGAM-DONG<br>MASAN, KOREA | JE IL STEEL CO., LTD<br>PO BOX 423<br>658 9 BONGAM-DONG<br>MASAN, KOREA<br><br>Tel: 031-499-0771<br>Fax: 011-82-031-499-0779<br>Email: webmaster@jeilsteel.co.kr | Trade Debt | | 363,946.33 |
| 18 | CHONG CHENG XING<br>CHONG CHENG XING YE CO., LTD<br>TAIWAN BUSINESS BANK, TAICHUNG BRANCH<br>'TAICHUNG CITY<br>CHN | CHONG CHENG XING<br>Attention: President<br>TAIWAN BUSINESS BANK,<br>TAICHUNG BRANCH<br>'TAICHUNG CITY<br>CHN<br><br>Fax: 011-886-49-2250463 | Trade Debt | | 310,948.84 |
| 19 | WORTHEN INDUSTRIES INC<br>PO BOX 847125<br>BOSTON, MA 02284-7125 | WORTHEN INDUSTRIES INC<br>PO BOX 847125<br>BOSTON, MA 02284-7125<br><br>Fax: 603-888-3059 | Trade Debt | | 308,379.99 |
| 20 | LABORATORIE PRIMATECH INC<br>1135 RUE JEREMIE-FORTIN<br>QA G1J 1R8<br>QUEBEC CITY<br>CAN | LABORATORIE PRIMATECH INC<br>1135 RUE JEREMIE-FORTIN<br>QA G1J 1R8<br>QUEBEC CITY<br>CAN<br><br>Tel: 418-522-7744<br>Fax: 418-522-7466<br>Email: info@primatech.ca | Trade Debt | | 284,799.09 |

CH\1098420.1

| | | | | | |
|---|---|---|---|---|---|
| 21 | DUBAI WIRE F Z E<br>PO BOX 16815<br>JEBEL ALI<br>U.A.E. | DUBAI WIRE F Z E<br>PO BOX 16815<br>JEBEL ALI<br>U.A.E.<br><br>Tel: 011-971 4 8835189<br>Fax: 011-971 4 8835168<br>Email: rkv@dubaiwire.com | Trade Debt | | 263,789.53 |
| 22 | TIANJIN XIAN TONG JUXIANG METAL MAN. CO, LTD.<br>DAMING ROAD, YINGXIANG STREET<br>XIQING DISTRICT<br>TIANJIN, CHN | TIANJIN XIAN TONG JUXIANG METAL MAN. CO, LTD.<br>ATTN: COMPANY PRESIDENT<br>DAMING ROAD, YINGXIANG STREET<br>XIQING DISTRICT<br>TIANJIN, CHN<br><br>Tel: (222) 779-8583<br>Fax: 011-86 (222) 779-5197 | Trade Debt | | 236,175.21 |
| 23 | ADVANCED FACILITIES INC.<br>4690-S INTERSTATE DRIVE<br>CINCINNATI, OH 45246 | ADVANCED FACILITIES INC.<br>ATTN: OFFICE MANAGER<br>4690-S INTERSTATE DRIVE<br>CINCINNATI, OH 45246<br><br>Tel: (513) 942-9900<br>Fax: (513) 682-2145 | Trade Debt | | 228,368.00 |
| 24 | Trim International Inc (HK)<br>Fl 21, No. 508,<br>Section 5. Chung Hsiao East Road<br>Taipei, Taiwan, R.O.C. | Trim International Inc (HK)<br>Fl 21, No. 508,<br>Section 5. Chung Hsiao East Road<br>Taipei, Taiwan, R.O.C.<br><br>Tel: 011-227596622 | Trade Debt | | 222,061.81 |
| 25 | Tecnofil S.P.A.<br>Via Brescia 49<br>25023 Gottolengo, ITALY | Tecnofil S.P.A.<br>Via Brescia 49<br>25023 Gottolengo, ITALY<br><br>Tel: +39 030 9517655<br>Fax: +39 030 9517571<br>Email: info@tecnofil.net | Trade Debt | | 220,888.70 |
| 26 | Central Wire-Union<br>PO Box 7777-W2450<br>Philadelphia, PA 19175 | | Trade Debt | | 210,785.11 |
| 27 | Senco Latin America<br>Calle 36 #66B-46<br>'Itagui (Antioquia), Colombia | Senco Latin America<br>Calle 36 #66B-46<br>'Itagui (Antioquia), Colombia<br><br>Tel: 011-574-372-1570<br>Fax: 011-574-373-6015<br>Email: www.sencolatinamerica.com | Trade Debt | | 198,291.24 |
| 28 | L&P Financial Services/Metrock Steel a/k/a LEGGETT & PLATT FINANCIAL SERVICES<br>CO US BANK<br>PO BOX 952092 MAIN POST OFFICE<br>St. Louis, MO 63195 | L&P Financial Services/Metrock Steel a/k/a LEGGETT & PLATT FINANCIAL SERVICES<br>CO US BANK<br>PO BOX 952092 MAIN POST OFFICE<br>St. Louis, MO 63195<br><br>Tel: 417-358-8131<br>Fax: 417-358-4805<br>Email: metrock@metrocksteel.com | Trade Debt | | 196,830.90 |
| 29 | Gerrards Limitada<br>Gerrards (Comercial Offshare de Macau)<br>Av. Marchiano Baptista, 26F 3 Flat F<br>Ed Chong Fok Comm. Center, Macau<br>CHN | | Trade Debt | | 181,685.00 |

CH\1098420.1

| 30 | US Fasteners West<br>8685 Bowers Ave<br>Southgate, CA 90280 | | Trade Debt | | 175,218.34 |

CH\1098420.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-_____ |
| SENCORP, et al.,[1] | ) | (Joint Administration Requested) |
| | ) | |
| | ) | Honorable _____ |
| Debtors. | ) | |
| | ) | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, David T. Fyffe, the Vice President – Corporate Financial Operations and Treasurer of SENCORP, named as a debtor in this case, declare under penalty of perjury that I have read the answers contained in the forgoing consolidated list of creditors and that they are true and correct to the best of my knowledge, information and belief.

Dated: May 8, 2009
Cincinnati, Ohio

                                        /s/ David T. Fyffe
                                        David T. Fyffe
                                        Vice President – Corporate Financial Operations
                                        Treasurer

---

[1] The Debtors in these Chapter 11 cases are: SENCORP, Senco Products, Inc., Senco Export, Inc., SenSource Global Sourcing, LLC, TyRex, LLC, Global Fastening Solutions, LLC, Agrifast, LLC, Nexicor, LLC, Omnifast, LLC, S C FINANCIAL, INC., Senco International, Inc., Sentron Medical, Inc., and Gregg Laboratories, Inc.

# CERTIFICATION OF RESOLUTIONS

I, the undersigned Marie M. Boyle, Secretary of SENCORP, an Ohio Corporation, do hereby certify that in proceedings of the Board of Directors of said Corporation, held in accordance with the Articles of Incorporation and Regulations of said Corporation and the laws of the State of Ohio, Resolutions, of which the following is a full and true copy as appears by the records of said Corporation, were duly adopted, and I further certify that the following Resolutions have not been rescinded or modified, but are now in full force and effect.

**WHEREAS**, the Board of Directors (the "Board") of SENCORP, an Ohio corporation (the "Corporation"), has determined that it is desirable and in the best interests of the Corporation, its creditors, shareholders, and other interested parties, that a voluntary petition (the "Chapter 11 Case") be filed by the Corporation to seek relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Board has determined that it is desirable and in the best interests of the Corporation, its creditors, shareholders, and other interested parties that in connection with the Chapter 11 Case the Corporation immediately commence a sale process pursuant to sections 363 and 365 of the Bankruptcy Code to sell all or substantially all of its assets (the "Sale Process").

### Commencement of Bankruptcy Case

**NOW THEREFORE BE IT RESOLVED**, that each "proper officer" (as defined below) of the Corporation shall be, and hereby is, authorized and directed on behalf of the Corporation to execute and verify said petition in the name of the Corporation under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court in such form and at such time as the officer executing said petition shall determine; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized and directed on behalf of the Corporation to execute and verify the necessary documents in connection with the commencement of the Chapter 11 Case in the name of the Corporation in such form and at such time as the proper officer executing said petition shall determine; and it is further

### Postpetition Financing

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to negotiate and take all actions necessary or appropriate for the Corporation to obtain postpetition financing, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents,

1

agreements or instruments (collectively, the "Credit Documents") as may be deemed necessary or appropriate by the proper officer; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Corporation, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Credit Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all actions which the proper officer deems necessary and proper in connection with the Chapter 11 Case or with any post-petition financing contemplated hereby; and it is further

**Sale Process**

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to take all actions necessary or appropriate for the Corporation to commence the Sale Process to negotiate the sale of substantially all of the Corporation's assets and to sell substantially all of the Corporation's assets, including under one or more stalking horse asset purchase agreements with Wynnchurch Capital, Ltd. or any of its affiliates substantially in the form previously delivered to the Board (the "Agreement") or one or more other asset purchase agreements at the conclusion of an auction for the Corporation's assets to effectuate the foregoing, and to enter into such asset purchase agreements and all other documents, agreements or instruments (collectively, the "Sale Documents") as may be deemed necessary or appropriate by the proper officer; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Corporation, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Sale Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all actions which the proper officer deems necessary and proper in connection with the Chapter 11 Case or with any sale of the Corporation's assets contemplated hereby; and it is further

**Retention of Professionals**

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firms of Latham & Watkins LLP, 233 S. Wacker Drive, Chicago, IL 60606 and Frost Brown Todd LLC ("FBT"), 2200 PNC Center, 201 East Fifth

2

Street, Cincinnati, OH 45202 as attorneys for the Corporation in connection with the Chapter 11 Case, the Sale Process and the negotiation of any postpetition financing and any Credit Documents, as the case may be; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to employ and retain the financial services firm of Morris-Anderson & Associates Ltd. ("Morris Anderson"), as financial advisor for the Corporation in connection with the Chapter 11 Case, the Sale Process and the negotiation of any postpetition financing and any Credit Documents, as the case may be; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to employ and retain the investment banking firm of Mesirow Financial, Inc. ("Mesirow"), as investment banker for the Corporation in connection with the Chapter 11 Case, the Sale Process and the negotiation of any postpetition financing and any Credit Documents, as the case may be; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to employ and retain the claims and noticing firm of The Garden City Group ("Garden City"), as claims agent for the Corporation in connection with the Chapter 11 Case, the Sale Process and the negotiation of any postpetition financing and any Credit Documents, as the case may be; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with Latham & Watkins LLP and its affiliates, FBT, Mesirow, Morris Anderson, and Garden City, the "Professionals") as may be deemed necessary or appropriate by the proper officer; and it is further

**General**

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Corporation or any of the Professionals to seek relief on behalf of the Corporation under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case in connection with such proceedings, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized and empowered, with full power of delegation, for and in the name and on behalf of the Corporation to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that for the purposes of these resolutions, the "proper officers" of the Corporation shall be the Chairman of the Board and Chief Executive Officer, the Vice President - Corporate Financial Operations, the Treasurer, and the General Counsel and Secretary of the Corporation.

WITNESS my hand of the Corporation this _8th_ day of _MAY_, _2009_.

_____
Marie M. Boyle
Secretary

Prepared: 5/5/09
M:\7176_cjs.doc

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-_____ |
| SENCORP, et al.,[1] | ) | (Joint Administration Requested) |
| | ) | |
| | ) | Honorable _____ |
| Debtors. | ) | |
| | ) | |

## VERIFICATION OF CREDITOR MATRIX

I, the designated officer of the undersigned corporations named as the debtors in these cases, hereby verify that the attached list of creditors* is true and correct to the best of my knowledge.

Date: May 8, 2009

/s/ David T. Fyffe
Vice President - Corporate Financial Operations of SENCORP, President and Treasurer of S C Financial, Inc., and Treasurer of Agrifast, LLC, Global Fastening Solutions, LLC, Gregg Laboratories, Inc., Nexicor, LLC, Omnifast, LLC, Senco Export, Inc., Senco International, Inc., Senco Products, Inc., SenSource Global Sourcing, LLC, Sentron Medical, Inc. and TyRex, LLC

* As set forth in the *Motion of the Debtors for Entry of an Order Authorizing the Debtors to (i) Prepare a Consolidated List of Creditors and Equity Security Holders in Lieu of a Mailing Matrix, (ii) file a Consolidated List of the Thirty Largest Unsecured Creditors and (iii) Mail Initial Notices,* the Creditor Matrix represents a consolidated list of creditors and equity security holders for each of the jointly administered debtors.

---

[1] The Debtors in these Chapter 11 cases are: SENCORP, Senco Products, Inc., Senco Export, Inc., SenSource Global Sourcing, LLC, TyRex, LLC, Global Fastening Solutions, LLC, Agrifast, LLC, Nexicor, LLC, Omnifast, LLC, S C FINANCIAL, INC., Senco International, Inc., Sentron Medical, Inc., and Gregg Laboratories, Inc.