**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No.:  09-12869 |
| SENCORP, | ) |  |
|  | ) | Hon.  J. Vincent  Aug, Jr. |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**SCHEDULES OF ASSETS AND LIABILITIES FOR SENCORP**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION**

**GENERAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY AND DISCLAIMER REGARDING THE
DEBTORS' STATEMENTS AND SCHEDULES (the "Global Notes")**

**GENERAL**

On May 8, 2009 (the "Petition Date"), SENCORP, Senco Products, Inc., Senco Export, Inc., SenSource Global Sourcing, LLC, TyRex, LLC, Global Fastening Solutions, LLC, Agrifast, LLC, Nexicor, LLC, Omnifast, LLC, S C FINANCIAL, INC., Senco International, Inc., Sentron Medical, Inc., and Gregg Laboratories, Inc. (the "Debtors") each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Ohio, Western Division (the "Bankruptcy Court"). The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs ("Statements"), including all attachments thereto, have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors and are unaudited.

While the Debtors' management has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred. The Schedules and Statements remain subject to further review and verification by the Debtors. Unless otherwise noted, the information set forth herein is as of May 8, 2009; provided, however, that information regarding inventory is as of April 30, 2009. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements. The Debtors reserve their rights to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes regarding the Debtors' Schedules and Statements comprise an integral part of the Schedules and Statements filed by the Debtors, and should be referenced in connection with any review of the Schedules and Statements. Moreover, these Global Notes are in addition to any specific notes contained in each of the Debtors' Schedules or Statements. The fact that the Debtors have included notes with respect to any specific item in the Schedules or Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such a note to any other items in the remaining Schedules and Statements.

The Schedules and Statements have been signed by David T. Fyffe, Vice President-Corporate Financial Operations and Treasurer of SENCORP and an officer or manager of the other Debtors. In reviewing and signing the Schedules and Statements, Mr. Fyffe has

necessarily relied upon the efforts, statements, and representations of the accounting and non-accounting personnel of the Debtors. Mr. Fyffe has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

**Book Value.**  Unless otherwise noted, each asset and liability of the Debtors is shown on the basis of the book value of the asset or liability in the Debtors' accounting books and records, rather than the current market values of such interests in property and/or liabilities.  The Debtors reserve their right to amend or adjust the value of each asset or liability.

**Liabilities.**  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information available and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors also reserve their rights to change the allocation of liability to the extent additional information becomes available.

Pursuant to orders of the Bankruptcy Court, the Debtors have been granted authority to pay certain prepetition obligations to, among others, employees and taxing authorities. Accordingly, these liabilities have been or will be satisfied and may or may not be listed in the Schedules and Statements.

**Reporting of Certain Information.**  The Debtors have sought to gather the information required in the Schedules and Statements and isolate business operations in order to file Schedules and Statements for each Debtor on an individual basis.  However, because the Debtors have historically reported on a consolidated basis and operate under a consolidated cash management system, in certain instances it would be unduly burdensome for the purposes of these Schedules and Statements for the Debtors to separately identify transactions and reflect certain information, including setoffs, on an individual basis. Accordingly, the Schedules and Statements may not reflect all payments and setoffs made among the Debtors.

**Insiders.**  In the circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, the Debtors have attempted to include therein each of the Debtors' (a) "directors" or "managers" (or persons in similar positions) and (b) employees that may be, or may have been during the relevant period, "officers" (or persons in control).  The Debtors have attempted to exclude in such applicable Statements information relating to certain of their employees who, despite the title of their position with the Debtors (including, without limitation, certain employees with the title of "officer") are not considered to be true "officers" of the Debtors because, among other things, such employees (i) serve or served in a purely administrative and/or ministerial capacity, (ii) were not appointed by the Debtors' board of directors, and/or (iii) do not have or never had any material inside information as a result of their employment with the Debtors.

The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Agreements Subject to Confidentiality.** There may be instances within the Schedules and Statements where names, addresses and/or amounts have been redacted. The omission of such information was appropriate or necessary due to the nature of an agreement between the Debtors and a third party, concerns of confidentiality or concerns for the privacy of an individual.

**Excluded Assets and Liabilities.** The Debtors' books and records reflect certain accrued assets and intangible items, including goodwill, which the Debtors believe to be an unknown or an insignificant value. The Debtors' books and records also reflect certain accrued liabilities that the Debtors do not believe constitute actual claims as of the Petition Date. As such, these assets and liabilities have been excluded from the Schedules and Statements.

**Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

## SCHEDULES OF ASSETS AND LIABILITIES

**Schedule B.**

Credits in the Ordinary Course of Business. In the ordinary course of their businesses, the Debtors apply credits against amounts otherwise due to vendors. Certain of these credits are subject to change. Vendor claims are listed at the amounts reflected on the Debtors' books and records, which may include credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits and allowances.

Causes of Action. The Debtors, despite their best efforts, may not have listed all of their causes of action against third parties as assets in the Schedules. The Debtors reserve all of their rights with respect to any causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

Intellectual Property. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been

terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

<u>Other Personal Property</u>. Prior to the Petition Date, the Debtors paid in full for the purchase of certain goods that were shipped after the Petition Date.  In such instances, the payments are not reflected as assets in the Schedules.

**Schedule D.**  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance, of any lien purportedly granted to a secured creditor listed on Schedule D or perfected in any specific asset.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.  Holders of claims that are secured by virtue of setoff rights or security deposits are not included in Schedule D.

As set forth in Schedule D, as of the Petition Date, the sum owed under the Second Amended and Restated Credit Agreement dated March 30, 2007 among SENCORP, Senco Products, Inc., the various financial institutions party thereto and Bank of America, N.A. ("BoA"), successor by merger to LaSalle Bank National Association, as global administrative agent (the "Credit Agreement"), was an aggregate amount of approximately $23,000,000.  The amount set forth in Schedule D is approximate and it is not an admission of any kind.  The Debtors reserve all their rights concerning such stated amount.  For informational purposes, the financial institutions that participate in the Credit Agreement are also set forth in Schedule D.  The amount of their respective claims is stated as "unknown," given that the administrative agent customarily asserts the aggregate claim on behalf of the participants.

For each Debtor that has provided a guaranty of  the Credit Agreement, Schedule D lists the amount of BoA's claim as "unknown," due to the contingent nature of the guaranty.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

**Schedule E.**

Wages.  As noted above, the Bankruptcy Court entered an order granting the Debtors authority to pay certain prepetition employee wages, compensation, benefits and other related obligations (the "Employee Wage Order").  Pursuant to the Employee Wage Order, the Debtors believe that, other than claims of certain former and current employees in excess of the statutorily permitted priority amount, any employee claims for prepetition amounts have been or will be satisfied, and such satisfied amounts are not listed on Schedule E.

Taxes.  Also as noted above, the Bankruptcy Court entered an order granting authority to pay certain prepetition sales, use, trust fund, property and other taxes (the "Tax Order").  Pursuant to the Tax Order, the Debtors were authorized to pay certain prepetition taxes and fees due and owing to taxing authorities consistent with the practices and policies in effect as of the Petition Date.  Claims of taxing authorities that were satisfied pursuant to the Tax Order may or may not be included on Schedule E.  Claims of taxing authorities that were satisfied in part pursuant to the Tax Order are reflected on Schedule E and listed as "contingent."

Reservation of Rights.  The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve their rights to dispute the priority status of any claim on any basis.  Moreover, the listing of any tax claim on Schedule E is not an admission or designation by the Debtors that such claim is a prepetition tax claim. The Debtors reserve their rights to treat any of these claims as postpetition claims.

**Schedule F.**

Customer Programs. The Bankruptcy Court entered an order granting authority to honor certain prepetition customer programs.  Accordingly, certain debts arising out of customer programs may or may not have been included on the Debtors' Schedules and Statements.

Executory Contracts.  Schedule F reflects the prepetition amounts owing to, among others, counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule F does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that have been or may be rejected.

Bonus and SERP Payments.  With respect to employee bonuses and payments under the Debtors' Supplemental Executive Retirement Plan ("SERP"), Schedule F reflects amounts that accrued and remained unpaid as of the Petition Date.  Schedule F does not, however, reflect payments that may accrue and become due and payable after the Petition Date.

Utility Company Setoffs.  Schedule F reflects prepetition amounts owed to utility companies as  of the Petition Date, according to the Debtors' books and records. Pursuant

to section 366(c)(4) of the Bankruptcy Code, certain utilities, however, may have set off prepetition deposits against prepetition amounts owed.  Accordingly, the exact amounts owed to utility companies as of the Petition Date may differ from the amounts reflected on the Debtors' books and records.

Payment of Certain Prepetition Claims.  The Bankruptcy Court approved the payment of certain unsecured prepetition claims, including, without limitation, certain claims of critical vendors, shippers and warehousemen.  To the extent that the Debtors have paid these claims, they are not reflected in Schedule F.  However, the Debtors are still in the process of analyzing these claims, and accordingly, some of such claims may be reflected in Schedule F and may subsequently be paid in the ordinary course of business pursuant to the Court order.  Moreover, certain amounts have been or may be classified as reclamation claims or claims pursuant to section 503(b)(9) of the Bankruptcy Code.

Other.  The claims listed on Schedule F arose or were incurred on various dates and a determination of each date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included for each claim.  All claims listed on Schedule F, however, appear to have arisen or to have been incurred prior to the Petition Date.

**Schedule G.**

Executory Contracts.  The Debtors have not set forth executory contracts as assets in their Schedules and Statements.  The Debtors' executory contracts have been set forth in Schedule G; they are not reflected in Schedule F, unless an amount was due under a particular contract as of the Petition Date.

Reservation of Rights.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, the right to challenge an agreement as not executory, expired pursuant to its terms, or terminated prepetition.

**Claim Descriptions and Amounts.**  Any failure to designate a claim on the Debtors' Schedules as "contingent," ("C") "unliquidated," ("U") or "disputed" ("D") does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."  The Debtors reserve their rights to dispute, or to assert offsets or defenses to any claim reflected on the Schedules as to amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as

"contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve their rights to amend their Schedules as necessary and appropriate.

Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unknown," and with a C, U, and/or D notation, whichever is appropriate, given the individual circumstances.

## STATEMENT OF FINANCIAL AFFAIRS

### Question 3(b).

The responses to Question 3(b) do not include wages or salaries paid to employees during the stated 90-day period.  With regard to amounts still owing, the Debtors refer to and incorporate by reference Schedules E and F.

### Question 3(c).

The inclusion of a payment to an entity in response to Question 3(c) shall not be deemed to be an admission that the recipient of such payments is an "insider" within the meaning of the Bankruptcy Code and the Debtors reserve all rights in that regard.

In connection with amounts still owing, the Debtors refer to and incorporate by reference Schedules E and F.

### Question 4.

The Debtors, despite their best efforts, may not have listed all of their causes of action against third parties as assets in the Statements.  The Debtors reserve all of their rights with respect to any causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

Moreover, Senco Products, Inc. is a party to more than 300 workers compensation claims brought by parties who are included in Schedule F.  Such claims are not reflected in Senco Products, Inc.'s response to Question 4.

### Question 5.

The Debtors routinely return property to sellers in the ordinary course of business for various reasons, including that the products were defective or damaged or were shipped erroneously.  Other than these ordinary course items, the Debtors are not aware of any property that has been returned to a seller.

### Question 9.

Global Fastening Solutions, LLC made certain payments related to debt counseling and/or bankruptcy and such payments were made for the benefit of all Debtors in these chapter 11 cases.

**<u>Question 13</u>.**

As stated above, the Debtors believe that pursuant to section 366(c)(4) of the Bankruptcy Code, certain utility providers may have applied prepetition deposits to prepetition obligations.  At this time, the Debtors do not have a list of all utility providers that have set off prepetition deposits.

**<u>Question 19d</u>.**

The Debtors, in the ordinary course of conducting their business, may have provided financial information, including financial statements, to numerous parties including, among others, banks, customers, vendors, and landlords.  The Debtors do not have a record of their delivery of all such financial statements and, accordingly, there may be certain entities that received a financial statement that were not included in the response to Question 19d.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **SENCORP**                   ,     Case No.    __09-12869 (JVA)__

                    Debtor

Chapter             **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 1,104,596.28 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 26,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 7,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 914,497.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 1,104,596.28 | | |
| Total Liabilities | | | | 26,922,297.78 | |

B6A (Official Form 6A) (12/07)

.

In re    **SENCORP**                                                    ,        Case No.    **09-12869 (JVA)**
_____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **SENCORP**                                                                        Case No.   **09-12869 (JVA)**
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **SENCORP**<br>**4270 Ivy Pointe Boulevard**<br>**Cincinnati, OH 45245** | - | **500.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SENCORP Concentration**<br>**Acct No. XXXXXX2490**<br>**National City Bank**<br>**909 Wright's Summit Parkway, Suite 310**<br>**Locator 25-C742N**<br>**Fort Wright, KY 41011**<br>**Attn:  Jay Wuest** | - | **4,933.68** |
| | | **SENCORP Payroll**<br>**Acct No. XXXXXX2503**<br>**National City Bank**<br>**909 Wright's Summit Parkway, Suite 310**<br>**Locator 25-C742N**<br>**Fort Wright, KY 41011**<br>**Attn:  Jay Wuest** | - | **0.00** |
| | | **SENCORP Disbursement**<br>**Acct No. XXXXX5870**<br>**National City Bank**<br>**909 Wright's Summit Parkway, Suite 310**<br>**Locator 25-C742N**<br>**Fort Wright, KY 41011**<br>**Attn:  Jay Wuest** | - | **0.00** |
| | | **SENCORP Concentration Account**<br>**Acct No. XXXXXXX3926**<br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**MD 10906B**<br>**Cincinnati, OH 45263** | - | **129,828.66** |
| | | **SENCORP**<br>**Acct No. XXXXXXX8825**<br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**MD 10906B**<br>**Cincinnati, OH 45263** | - | **0.00** |

|  |  |
|---|---|
| Sub-Total ><br>(Total of this page) | **135,262.34** |

__7__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **SENCORP** , Case No.  **09-12869 (JVA)**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **SENCORP Balance and Control Account**<br>**Acct No. XXXXXX6745**<br>**Bank of America**<br>**Mail Code IL4-135-04-65**<br>**135 South LaSalle Street, Suite 425**<br>**Chicago, IL 60603** | - | 386,156.74 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Lease Security Deposit**<br>**Riverfront Place**<br>**c/o Doan, Keith & Brokamp, LLC**<br>**Burgess L. Doan, Esq.**<br>**5710 Wooster Pike, Suite 212**<br>**Cincinnati, OH 45227** | - | 34,105.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Bond - Special Insurance Policy**<br>**Western Surety Co.**<br>**(Policy # 081021004)** | - | 0.00 |
| | | **Bond - Special Insurance Policy**<br>**Travelers Casualty and Surety**<br>**(Policy # 081114006)** | - | 0.00 |
| | | **Bond - Special Insurance Policy**<br>**Western Surety Co.**<br>**(Policy # 060801020)** | - | 0.00 |
| | | **Bond - Special Insurance Policy**<br>**Washington International** | - | 0.00 |
| | | **Bond - Special Insurance Policy**<br>**Travelers Casualty and Surety**<br>**(Policy # 050826010)** | - | 0.00 |

Sub-Total >     420,261.74
(Total of this page)

Sheet  **1**  of  **7**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **SENCORP** ,                                    Case No. __09-12869 (JVA)__

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bond - Special Insurance Policy**<br>**Western Surety Co.**<br>**(Policy # 0601 69392738)** | - | 0.00 |
| | | **Auto Liability Insurance Policy**<br>**Travelers Property Casualty Company of America**<br>**(Policy # Y-818-6856B990-TIL-09)** | - | 19,747.00 |
| | | **Auto Liability (Texas) Insurance Policy**<br>**Charter Oak Fire Insurance Co. (Travelers)**<br>**(Policy # BA-4836A601-09-CAG)** | - | 901.00 |
| | | **Directors & Officers Insurance Policy**<br>**National Union Fire Insurance Co. (AIG)**<br>**(Policy # 01-535-96-44)** | - | 13,367.00 |
| | | **Outside Director Insurance Policy**<br>**XL Specialty Insurance Company**<br>**(Policy # ELU109490-09)** | - | 3,694.00 |
| | | **Crime Insurance Policy**<br>**National Union Fire Insurance Co. (AIG)**<br>**(Policy # 01-535-96-44)** | - | 1,438.00 |
| | | **Fidelity/Fiduciary Insurance Policy**<br>**National Union Fire Insurance Co. (AIG)**<br>**(Policy # 01-535-96-44)** | - | 3,142.00 |
| | | **Special Crime Insurance Policy**<br>**Federal Insurance Company**<br>**(Policy # 8137-8010)** | - | 487.00 |
| | | **Non-U.S. Property Insurance Policy**<br>**PICC Property & Casualty Company, Ltd**<br>**(Policy #s PZAB200832050395000017,**<br>**PZAA200832050395000015 and**<br>**PQYA200832050395000033)** | - | 2,428.00 |
| | | **Property and Business Interruption Insurance Policy**<br>**Property HPR Insurance Policy**<br>**F.M. Global**<br>**(Policy # NC 530)** | - | 20,836.00 |
| | | **Ocean Cargo Insurance Policy**<br>**Federal Insurance Company**<br>**(Policy # 0025-65-96CIN)** | - | 3,117.00 |

Sub-Total >          69,157.00
(Total of this page)

Sheet __2__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **SENCORP**                                      ,    Case No.   **09-12869 (JVA)**

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Gen. Liability Insurance Policy** <br> **Travelers Indemnity Company of America** <br> **(Policy # Y-660-6856B990-TIL-09)** | - | 7,942.00 |
| | | **Excess Products Liability and General Liability Insurance Policy** <br> **Commerce & Industry Insurance Co. (AIG)** <br> **(Policy # BE 2960395)** | - | 19,444.00 |
| | | **Non-Ohio Workman's Compensation Insurance Policy** <br> **Travelers Indemnity Co of Connecticut** <br> **(Policy # YE-UB-6856B990-09)** | - | 14,382.00 |
| | | **Washington Workman's Compensation Insurance Policy** <br> **State Fund, State of Washington** <br> **(Policy # 409 022 470)** | - | 0.00 |
| | | **Motor Truck Cargo Insurance Policy** <br> **Fireman's Fund** <br> **(Policy # MZ197906547)** | - | 0.00 |
| | | **Travel Assistance Insurance Policy** <br> **International SOS Assistance** <br> **(Policy # 11BCPS0002400)** | - | 0.00 |
| | | **Auto-Physical Damage** <br> **Self-Insured** | - | 0.00 |
| | | **Self-Insured Retention Insurance Policy** | - | 0.00 |
| | | **Life Insurance Policy on James Racer** <br> **Equitable Life Insurance** <br> **(Policy #46227456)** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >       **41,768.00**
(Total of this page)

Sheet  **3**  of  **7**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **SENCORP**                                                               ,   Case No.  **09-12869 (JVA)**
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Tyrex, LLC**<br>**4270 Ivy Pointe Boulevard**<br>**Cincinnati, OH 45245**<br>**100% Ownership Interest** | - | **Unknown** |
| | | **Global Fastening Solutions, LLC**<br>**4270 Ivy Pointe Boulevard**<br>**Cincinnati, OH 45245**<br>**100% Ownership Interest** | - | **Unknown** |
| | | **Nexicor, LLC**<br>**4270 Ivy Pointe Boulevard**<br>**Cincinnati, OH 45245**<br>**100% Ownership Interest** | - | **Unknown** |
| | | **Omnifast, LLC**<br>**4270 Ivy Pointe Boulevard**<br>**Cincinnati, OH 45245**<br>**100% Ownership Interest** | - | **Unknown** |
| | | **S C Financial, Inc.**<br>**c/o Wilmington Trust SP Sevices**<br>**1105 Market St., Suite 1300**<br>**Wilmington, DE 19801**<br>**100% Ownership Interest** | - | **Unknown** |
| | | **Senco International, Inc.**<br>**4270 Ivy Pointe Boulevard**<br>**Cincinnati, OH 45245**<br>**100% Ownership Interest** | - | **Unknown** |
| | | **Senco Products, Inc.**<br>**4270 Ivy Pointe Boulevard**<br>**Cincinnati, OH 45245**<br>**100% Ownership Interest** | - | **Unknown** |
| | | **Sentron Medical, Inc.**<br>**4270 Ivy Pointe Boulevard**<br>**Cincinnati, OH 45245**<br>**100% Ownership Interest** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16. Accounts receivable. | **X** | | | |

Sub-Total >            **0.00**
(Total of this page)

Sheet  __4__  of  __7__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **SENCORP**                                                                    ,    Case No.    **09-12869 (JVA)**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Arizona Income Tax (Prepaid)** | - | **150.00** |
| | | **Illinois Income Tax (Prepaid)** | - | **3,500.00** |
| | | **Kentucky Income Tax (Prepaid)** | - | **4,053.00** |
| | | **West Virginia Income Tax (Prepaid)** | - | **500.00** |
| | | **Lawsuit Settlement: Clyde Jones v. Senco Products, Inc. Medical Benefits Plan United States District Court for the Southern District of Ohio, Western Division (Case No. 08-00494)** | - | **60,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Kentucky Income Tax (Pending Refund)** | - | **5,401.00** |
| | | **Subrogation Claim: Medical Plan CIGA (California Insurance Guaranty Association) for payments made through Senco Products, Inc. Medical Benefits Plan to Janice Thorsky. Location: 4270 Ivy Pointe Boulevard, Cincinnati OH (estimated value)** | - | **298,054.20** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent No. 4964558 Electro-mechanical Fastener driving tool** | - | **Unknown** |
| | | **Patent No. 5320270 Electro-mechanical Fastener Driving Tool** | - | **Unknown** |
| | | **Patent No. 5495161 Speed Control for a Universal AC/DC Motor** | - | **Unknown** |
| | | **Trademark: "Aegis Systems, Inc." (Ohio) Registration No. 5103** | - | **Unknown** |

Sub-Total >    **371,658.20**
(Total of this page)

Sheet __5__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **SENCORP**                                              ,    Case No.    **09-12869 (JVA)**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Domain Name: "Sencorp.com "** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 - Ford Explorer Location: OH Fair Market Value** | - | **6,143.00** |
| | | **2005 - Lexus GX470 Location: OH Fair Market Value** | - | **30,709.00** |
| | | **1996 - Jeep Grand Cherokee Location: KY Fair Market Value** | - | **2,657.00** |
| | | **1999 - Toyota 4Runner Location: KY Fair Market Value** | - | **5,618.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attachment B.28** | - | **21,362.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >     **66,489.00**
(Total of this page)

Sheet __6__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **SENCORP**                                          ,    Case No.    **09-12869 (JVA)**
_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | 0.00 |
| Total > | 1,104,596.28 |

Sheet  __7__  of  __7__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **SENCORP**                                ,        Case No.   **09-12869 (JVA)**
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Allied Irish Bank<br>601 S. Figueroa Street<br>Suite 4650<br>Los Angeles, CA 90017** | | - | | **Credit Facility Participant, see Bank of America Schedule D claim, herein**<br><br>**Substantially all assets of the Debtor**<br><br>Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Bank of America, N.A., Successor by Merger to LaSalle Bank, N.A.<br>135 South LaSalle Street, Suite 425<br>Chicago, IL 60603** | | - | | **Dated March 30, 2007**<br><br>**Borrower under Senior Secured Second Amended and Restated Credit Facility**<br><br>**Substantially all assets of the Debtor**<br><br>Value $      **Unknown** | | | | **23,000,000.00** | **Unknown** |
| Account No.<br><br>**George C. Juilfs<br>One Riverfront Place<br>10th Floor<br>Newport, KY 41071** | | - | | **February 17, 2008**<br><br>**Subordinated Security Interest**<br><br>**Substantially all assets of the Debtor**<br><br>Value $      **Unknown** | | | | **1,000,000.00** | **Unknown** |
| Account No.<br><br>**George C. Juilfs<br>55 Locust Hill Road<br>Cincinnati, OH 45245** | | - | | **December 23, 2008**<br><br>**Subordinated Security Interest**<br><br>**Substantially all assets of the Debtor**<br><br>Value $      **Unknown** | | | | **2,000,000.00** | **Unknown** |

   **1**   continuation sheets attached

Subtotal
(Total of this page)    **26,000,000.00**    **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **SENCORP**                                                        ,      Case No.   **09-12869 (JVA)**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Facility Participant, see Bank of America Schedule D claim, herein | | | | | |
| **National City** **3 East Fourth Street, Locator** **25-C250B** **Cincinnati, OH 45202** | - | | **Substantially all assets of the Debtor** | | | | | |
| | | | Value $             **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Credit Facility Participant, see Bank of America Schedule D claim, herein | | | | | |
| **RBS Business Capital (Citizens Bank)** **53 State Street MBS970** **Boston, MA 02109** | - | | **Substantially all assets of the Debtor** | | | | | |
| | | | Value $             **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Credit Facility Participant, see Bank of America Schedule D claim, herein | | | | | |
| **Wells Fargo Foothill** **2450 Colorado Avenue** **Suite 3000 West** **Santa Monica, CA 90404** | - | | **Substantially all assets of the Debtor** | | | | | |
| | | | Value $             **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| Sheet _1___ of _1___ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | **0.00** | **0.00** |
| | Total (Report on Summary of Schedules) | **26,000,000.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **SENCORP**                                                                    Case No.    **09-12869 (JVA)**
                                                                              ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    1    </u>    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __**SENCORP**_____,    Case No. __**09-12869 (JVA)**_____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | PROPERTY TAX | | | | | | |
| **CAMPBELL COUNTY SHERRIF'S OFFICE 330 YORK STREET, ROOM 3 NEWPORT, KY 41071-1681** | - | | | | | | | **0.00** | |
| | | | | | | | **4,600.00** | | **4,600.00** |
| Account No. | | | PROPERTY TAX | | | | | | |
| **CAMPBELL COUNTY SHERRIF'S OFFICE 330 YORK STREET, ROOM 3 NEWPORT, KY 41017-1681** | - | | | | | | | **0.00** | |
| | | | | | | | **3,200.00** | | **3,200.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __**1**___ of __**1**___ continuation sheets attached to | Subtotal | **0.00** |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)  **7,800.00** | **7,800.00** |
| | Total | **0.00** |
| (Report on Summary of Schedules) | **7,800.00** | **7,800.00** |

B6F (Official Form 6F) (12/07)

In re    **SENCORP**                                                    ,    Case No.    09-12869 (JVA)
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. |  |  | TRADE DEBT |  |  |  |  |
| ADVANCED FACILITIES INC. 4690 INTERSTATE DRIVE, #S CINCINNATI, OH 45246 |  | - |  |  |  |  | 228,368.00 |
| Account No. |  |  | THREAT OF LITIGATION |  |  |  |  |
| ADVANCED FACILITIES, INC. 4690 INTERSTATE DRIVE, #S CINCINNATI, OH 45246 |  | - |  | X | X | X | Unknown |
| Account No. |  |  | TRADE DEBT |  |  |  |  |
| AEGIS MANAGEMENT GROUP LLC 3371 FOREST VIEW LANE RENO, NV 89511 |  | - |  |  |  |  | 246,390.44 |
| Account No. |  |  | POTENTIAL SERP CLAIM |  |  |  |  |
| BAILEY, MARK W. 110 EAST FOUNTAIN CINCINNATI, OH 45246 |  | - |  |  | X | X | Unknown |

|  |  |  |
|---|---|---|
| **13** continuation sheets attached | Subtotal (Total of this page) | 474,758.44 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                S/N:28092-080918    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **SENCORP**                                          ,        Case No.   **09-12869 (JVA)**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | TRADE DEBT | | | | |
| **BANC OF AMERICA LEASING** **P.O. BOX 371992** **PITTSBURGH, PA 15250-7992** | - | | | | | | | 14,116.02 |
| Account No. | | | | POTENTIAL SERP CLAIM | | | | |
| **BELL, DONALD C.** **10621 S. MONACO WAY** **TRAVERSE CITY, MI 49684** | - | | | | | X | X | Unknown |
| Account No. | | | | POTENTIAL ACCRUED BONUS | | | | |
| **BLANCHETTE, GILLES** **5264 CAMDEN LAKE PARKWAY** **ACWORTH, GA 30101** | - | | | | X | X | X | Unknown |
| Account No. | | | | POTENTIAL ACCRUED BONUS | | | | |
| **BOYLE, MARIE** **6700 GLEN ACRES DRIVE** **CINCINNATI, OH 45237** | - | | | | X | X | X | Unknown |
| Account No. | | | | TRADE DEBT | | | | |
| **BP OIL COMPANY** **P.O. BOX 70887** **CHARLOTTE, NC 28272-0887** | - | | | | | | | 298.24 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **14,414.26**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **SENCORP**                                                     ,        Case No.   **09-12869 (JVA)**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 1/20/2006 **INSURANCE CLAIMANT** | | | | |
| **BRESLIN, CHERYL** **1410 W. VISTULA AVE** **BRISTOL, IN 46507** | | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | - | | TRADE DEBT | | | | |
| **BUCK CONSULTANTS, LLC** **2090 FLORENCE AVENUE** **SUITE 101** **CINCINNATI, OH 45206-2473** | | | | | | | | |
| | | | | | | | | **8,811.00** |
| Account No. | | - | | TRADE DEBT | | | | |
| **BUREAU OF NATIONAL AFFAIRS** **P.O. BOX 64543** **BALTIMORE, MD 21264-4543** | | | | | | | | |
| | | | | | | | | **3,870.58** |
| Account No. | | - | | TRADE DEBT | | | | |
| **CCH INCORPORATED** **P.O. BOX 4307** **CAROL STREAM, IL 60197-4307** | | | | | | | | |
| | | | | | | | | **19,340.01** |
| Account No. | | - | | TRADE DEBT | | | | |
| **CINCINNATI BELL** **P.O. BOX 748003** **CINCINNATI, OH 45274-8003** | | | | | | | | |
| | | | | | | | | **160.09** |

Sheet no. __2__ of __13__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          **32,181.68**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **SENCORP** , Case No. **09-12869 (JVA)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/1/2008 INSURANCE CLAIMANT | | | | |
| CRESPO, JULIO 161 FAIR OAKS WAY PITTSBURG, CA 94565 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | TRADE DEBT | | | | |
| CT CORPORATION SYSTEM 36 EAST SEVENTH STREET SUITE 2400 CINCINNATI, OH 45202 | | - | | | | | | |
| | | | | | | | | 67.50 |
| Account No. | | | | TRADE DEBT | | | | |
| DANNA C. PAGLINO 13068 COOPERMEADOW LANE CINCINNATI, OH 45242 | | - | | | | | | |
| | | | | | | | | 12,427.86 |
| Account No. | | | | 10/6/2008 INSURANCE CLAIMANT | | | | |
| DANNER, TOM 8235 E. 500 N. LEESBURG, IN 46538 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | POTENTIAL SERP CLAIM | | | | |
| DAY, NORMAN D. 3371 FOREST VIEW LANE RENO, NV 89511 | | - | | | | X | X | |
| | | | | | | | | Unknown |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 12,495.36 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **SENCORP**                                                ,    Case No.    **09-12869 (JVA)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | TRADE DEBT | | | | |
| **DELOITTE TAX LLP** **13943 COLLECTIONS CENTER DRIVE** **CHICAGO, IL 60693** | | - | | | | | | 67,501.00 |
| Account No. | | | | TRADE DEBT | | | | |
| **DELOITTE TOUCHE TOHMATSU CPA LTD** **30/F BUND CENTER** **222 YAN AN ROAD EAST** **SHANGHAI 200002 , CHINA** | | - | | | | | | 6,757.00 |
| Account No. | | | | TRADE DEBT | | | | |
| **DINSMORE & SHOHL LLP** **1900 CHEMED CENTER** **255 EAST FIFTH STREET** **CINCINNATI, OH 45202** | | - | | | | | | 14,663.60 |
| Account No. | | | | TRADE DEBT | | | | |
| **DONNELLON MCCARTHY, INC.** **DEPARTMENT 839** **CINCINNATI, OH 45269** | | - | | | | | | 672.31 |
| Account No. | | | | TRADE DEBT | | | | |
| **FEDERAL EXPRESS CORPORATION** **P.O. BOX 371461** **PITTSBURGH, PA 15250-7461** | | - | | | | | | 30.32 |

Sheet no. __4___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,624.23

B6F (Official Form 6F) (12/07) - Cont.

In re __**SENCORP**_____,    Case No. __**09-12869 (JVA)**__
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | POTENTIAL ACCRUED BONUS | | | | |
| FYFFE, DAVID 974 STREAM RIDGE LANE CINCINNATI, OH 45255 | | - | | | X | X | X | Unknown |
| Account No. | | | | POTENTIAL SERP CLAIM | | | | |
| GERWE, RICHARD W. 632 RIVER SHORE DRIVE HEBRON, KY 41048 | | - | | | | X | X | Unknown |
| Account No. | | | | POTENTIAL SERP CLAIM | | | | |
| GHEEN, BOB 3122 GLENMERE CT. CARROLLTON, TX 75007 | | - | | | | X | X | Unknown |
| Account No. | | | | TRADE DEBT | | | | |
| GRANT THORTON LLP 625 EDEN PARK DRIVE SUITE 900 CINCINNATI, OH 45202-4181 | | - | | | | | | 15,170.00 |
| Account No. | | | | TRADE DEBT | | | | |
| GRAYDON HEAD & RITCHEY LLP P.O. BOX 6464 CINCINNATI, OH 45201-6464 | | - | | | | | | 1,343.25 |

Sheet no. __5___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,513.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **SENCORP**                                                    ,        Case No.    **09-12869 (JVA)**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**HESS,WILLIAM E.**<br>**269 BAREFOOT BEACH BLVD**<br>**UNIT 603**<br>**BONITA SPRINGS, FL 34134** | | - | **POTENTIAL SERP CLAIM** | | X | X | **Unknown** |
| Account No.<br><br>**INFOMANAGEMENT**<br>**1025 LAIDLAW AVENUE**<br>**CINCINNATI, OH 45237** | | - | **TRADE DEBT** | | | | **42.60** |
| Account No.<br><br>**INSIGHT COMMUNICATIONS**<br>**P.O. BOX 740273**<br>**CINCINNATI, OH 45274** | | - | **TRADE DEBT** | | | | **118.42** |
| Account No.<br><br>**JACKSON, GLENN**<br>**C/O MCKENZIE & SNYDER LLP**<br>**22 DAYTON ST.**<br>**HAMILTON, OH 45011** | | - | 6/2/2008<br>**INSURANCE CLAIMANT** | X | X | X | **Unknown** |
| Account No.<br><br>**JAMES, GEORGE T.**<br>**6609 STABLEFORD DRIVE**<br>**LOVELAND, OH 45140** | | - | **POTENTIAL SERP CLAIM** | | X | X | **Unknown** |

Sheet no. __6__ of __13__ sheets attached to Schedule of          Subtotal          **161.02**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **SENCORP**                                      ,    Case No.    **09-12869 (JVA)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | TRADE DEBT | | | | |
| JOHN Q. MAUMANN 12025 TRICON ROAD CINCINNATI, OH 45246 | | - | | | | | | 14,000.00 |
| Account No. | | | | TRADE DEBT | | | | |
| KETCHUM WALTON CO. 1783 KENNY ROAD COLUMBUS, OH 43212 | | - | | | | | | 13,923.27 |
| Account No. | | | | TRADE DEBT | | | | |
| KEY STORAGE 206 VINE STREET WILDER, KY 41076 | | - | | | | | | 47.00 |
| Account No. | | | | LITIGATION CLAIM (APPEAL) | | | | |
| LAMB, MICHELLE 6518 STATE ROUTE 132 GOSHEN, OH 45122 | | - | | | X | X | X | Unknown |
| Account No. | | | | TRADE DEBT | | | | |
| LASALLE BANK COMMERCIAL CARD SERVICES 8036 INNOVATION WAY CHICAGO, IL 60682 | | - | | | | | | 3,477.24 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **31,447.51**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SENCORP**                                              ,  Case No.  **09-12869 (JVA)**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LEWIS, RITA D.**<br>**15866 ELIZABETH DRIVE**<br>**LAWRENCEBURG, IN 47025** | - | | **2/18/2009**<br>**LITIGATION CLAIM** | X | X | X | **Unknown** |
| Account No.<br><br>**MUTO, ANTHONY**<br>**2963 ALPINE TERRACE**<br>**CINCINNATI, OH 45208** | - | | **POTENTIAL SERP CLAIM** | | X | X | **Unknown** |
| Account No.<br><br>**NASH, C D**<br>**102 TRAILHEAD LANE**<br>**BEREA, OH 44017-1099** | - | | **POTENTIAL SERP CLAIM** | | X | X | **Unknown** |
| Account No.<br><br>**NOR-COM, INC.**<br>**2126 PETERSBURG ROAD**<br>**HEBRON, KY 41048** | - | | **TRADE DEBT** | | | | **18,500.00** |
| Account No.<br><br>**OTEY, GLADYS**<br>**4476 ST. RT. 133**<br>**BATAVIA, OH 45103** | - | | **LITIGATION CLAIM (APPEAL)** | X | X | X | **Unknown** |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **18,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SENCORP**                                          ,    Case No.    **09-12869 (JVA)**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | POTENTIAL SERP CLAIM | | | | |
| PAGLINO, DANNA 8415 EXCALIBER B7 NAPLES, FL 34108 | - | | | | | X | X | Unknown |
| Account No. | | | | TRADE DEBT | | | | |
| PHILLIPS, DAVID C. 3410 OYSTER BAY COURT CINCINNATI, OH 45244 | - | | | | | | | 15,750.00 |
| Account No. | | | | TRADE DEBT | | | | |
| PM SERVICES, LLC 3802 FORD CIRCLE CINCINNATI, OH 45227 | - | | | | | | | 25,780.00 |
| Account No. | | | | TRADE DEBT | | | | |
| QUEEN CITY CLUB 331 EAST FOURTH STREET CINCINNATI, OH 45202 | - | | | | | | | 544.84 |
| Account No. | | | | POTENTIAL SERP CLAIM | | | | |
| RACER, JAMES H. 334 BISHIPBRIDGE DRIVE CINCINNATI, OH 45255 | - | | | | | X | X | Unknown |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,074.84

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **SENCORP**                                          ,    Case No.    **09-12869 (JVA)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | THREAT OF LITIGATION | | | | |
| RANDOLPH H. FREKING, ESQ. FREKING &BETZ, LLC 525 VINE STREET SIXTH FLOOR CINCINNATI, OH 45202 | - | | | | X | X | X | Unknown |
| Account No. | | | | POTENTIAL SERP CLAIM | | | | |
| RICHIE, PATRICIA M. 3429 ARNOLD STREET CINCINNATI, OH 45208 | - | | | | | X | X | Unknown |
| Account No. | | | | POTENTIAL SERP CLAIM | | | | |
| RIORDAN, DAVID L. 16200 KELLY COVE DRIVE, APT 214 FT. MYERS, FL 33908-3106 | - | | | | | X | X | Unknown |
| Account No. | | | | TRADE DEBT | | | | |
| RIVERFRONT PLACE, LTD. ATTN: BURGESS L. DOAN II 5710 WOOSTER PIKE SUITE 210 CINCINNATI, OH 45227 | - | | | | | | | 133,947.02 |
| Account No. | | | | 9/23/2008 INSURANCE CLAIMANT | | | | |
| RUTROCK, SCOTT 384 SE REGAN HILL LOOP ESTACADA, OR 97023 | - | | | | X | X | X | Unknown |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           133,947.02

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**SENCORP**_____,    Case No. __**09-12869 (JVA)**__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| SHELL OIL COMPANY P.O. BOX 183019 COLUMBUS, OH 43218-3019 | - | | | | | | 119.66 |
| Account No. | | | LITIGATION CLAIM (APPEAL) | | | | |
| SMITH, JOHN E. 483 JUDY CON DRIVE CINCINNATI, OH 45255 | - | | | X | X | X | Unknown |
| Account No. | | | TRADE DEBT | | | | |
| THE DEVINE GROUP 10200 ALLIANCE ROAD SUITE 310 CINCINNATI, OH 45242 | - | | | | | | 2,000.00 |
| Account No. | | | TRADE DEBT | | | | |
| THOMAS J. DEPENBROCK 1082 LAWTON ROAD PARK HILLS, KY 41011-1930 | - | | | | | | 12,250.00 |
| Account No. | | | TRADE DEBT | | | | |
| THOMPSON HINE & FLORY LLP 312 WALNUT STREET 14TH FLOOR CINCINNATI, OH 45202-4029 | - | | | | | | 232.50 |

Sheet no. _**11**_ of _**13**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,602.16**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**SENCORP**_____ ,     Case No. __**09-12869 (JVA)**__
                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| THOMPSON WEST P.O. BOX 6292 CAROL STREAM, IL 60197-6292 | | - | | | | | 117.13 |
| Account No. | | | TRADE DEBT | | | | |
| TOWERS PERRIN INC. 255 EAST FIFTH STREET SUITE 2120 CINCINNATI, OH 45202 | | - | | | | | 3,834.00 |
| Account No. | | | TRADE DEBT | | | | |
| TRENDCO SUPPLY, INC. 1236-BCLOUGH PIKE BATAVIA, OH 45103 | | - | | | | | 9,172.75 |
| Account No. | | | POTENTIAL ACCRUED BONUS | | | | |
| VAN DER WEL, PETER 10754 OMAHA TRACE UNION, KY 41091 | | - | | X | X | X | Unknown |
| Account No. | | | TRADE DEBT | | | | |
| WEGMAN COMPANY 1101 YORK STREET CINCINNATI, OH 45214 | | - | | | | | 447.30 |

Sheet no. __**12**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims
                                         Subtotal    **13,571.18**
                                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **SENCORP**                                                    , Case No.    **09-12869 (JVA)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WELCH, GLENN P.**<br>**7711 STONEHENGE DR.**<br>**CINCINNATI, OH 45242** | | - | POTENTIAL SERP CLAIM | | X | X | **Unknown** |
| Account No.<br><br>**WILLIAM E. HESS**<br>**7815 HOPPER ROAD**<br>**CINCINNATI, OH 45255** | | - | TRADE DEBT | | | | **19,921.43** |
| Account No.<br><br>**WILSON, AILEEN**<br>**6872 SEAWAY CIRCLE**<br>**HUNTINGTON BEACH, CA 92648-2623** | | - | POTENTIAL SERP CLAIM | | X | X | **Unknown** |
| Account No.<br><br>**XPEDX**<br>**P.O. BOX 403565**<br>**ATLANTA, GA 30384-3565** | | - | TRADE DEBT | | | | **285.40** |
| Account No. | | | | | | | |

Sheet no. __**13**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **20,206.83**

Total
(Report on Summary of Schedules)                **914,497.78**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re **SENCORP**                                                        Case No.   **09-12869 (JVA)**
,
                                                Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ABS BUSINESS PRODUCTS<br>10855 MEDALLION DRIVE<br>CINCINNATI, OH 45241 | Equipment Lease  (Copier) |
| ABS BUSINESS PRODUCTS, INC.<br>10855 MEDALLION DRIVE<br>CINCINNATI, OH 45241 | Copier Maintenance Agreement |
| ADP TAX SERVICES<br>400 COVINA BOULEVARD<br>SAN DIMAS, CA 91773 | Client Account Agreement & Authorization for Debit/Credit |
| ADP, INC.<br>7300 TURFWAY ROAD<br>FLORENCE, KY 41042 | Client Account Agreement & Authorization for Debit/Credit |
| ADVANCED FACILITIES, INC.<br>4690-S INTERSTATE DRIVE<br>CINCINNATI, OH 45246 | Agreement with Advanced Facilities |
| AEGIS MANAGEMENT GROUP, LLC<br>3371 FOREST VIEW LANE,<br>RENO, NV 89511 | Consulting Agreement (including First Amendment) |
| AL NEYER, INC.<br>302 W. 3RD. STREET, SUITE 800<br>CINCINNATI, OH 45202 | Agreement with D.L. Kellerman and Al Neyer |
| AMERIPRIDE SERVICES<br>7360 INDUSTRIAL ROAD<br>FLORENCE, KY 41042 | Rental Service Renewal Agreement |
| AON RISK SERVICES, INC. OF OHIO<br>199 WATER STREET, 9TH FLOOR<br>NEW YORK, NY 10038 | Fee Agreement (Including Amendment) |
| ARTHUR ADNERSON LLP<br>SUITE 400, 720 E. PETE ROSE WAY<br>CINCINNATI, OH 45202 | Engagement Letter |
| AUTOMATIC DATA PROCESSING<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 | Client Account Agreement & Authorization for Debit/Credit |
| BANK OF AMERICA<br>231 SOUTH LASALLE STREET, 13TH FLOOR<br>CHICAGO, IL 60604 | SENCORP Retirement Plan Trust Agreement (1-1-2009) |

**6**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **SENCORP**                                                      Case No.   **09-12869 (JVA)**
                                                          ,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| BANK OF AMERICA<br>231 SOUTH LASALLE STREET, 13TH FLOOR<br>CHICAGO, IL 60604 | SENCORP Retirement Plan Investment Services Agreement |
| BHDP ARCHITECTURE<br>302 WEST THIRD STREET<br>CINCINNATI, OH 45202 | Agreement for Professional Architectural & Related Services |
| BIAS CORPORATION<br>1100 ABERNATHY ROAD, SUITE 1025<br>ATLANTA, GA 30328 | License & Services Agreement with Oracle USA (includes Payment Schedule & Support Agreement w/Bias) |
| BRACKMANN COMMUNICATIONS, INC.<br>4219 MALSBARY ROAD<br>CINCINNATI, OH 45242 | Equipment Purchase, Maintenance & Software License Agreement |
| BUCK CONSULTANTS<br>SUITE 101, 2090 FLORENCE AVENUE<br>CINCINNATI, OH 45206-2473 | Engagement Letter with Buck Consultants (fka Mellon) |
| C.A. SHEA (CARRIER)<br>C/O WESTERN SURETY COMPANY<br>101 SOUTH PHILIPS AVENUE<br>SIOUX FALLS, SD 57117-6703 | (SENCO) Custom Bonds with Western Surety Co. |
| C.A. SHEA (CARRIER)<br>C/O TRAVELERS CASUALTY & SURETY<br>COMPANY<br>ONE TOWER SQUARE<br>HARTFORD, CT 06183 | (GFS) Insurance Custom Bonds with Travelers Casualty and Surety Company |
| C.A. SHEA (CARRIER)<br>C/O WESTERN SURETY COMPANY<br>101 SOUTH PHILIPS AVENUE<br>SIOUX FALLS, SD 57117-6703 | (Omnifast, LLC) Custom Bonds with Western Surety Co. |
| CHARTER OAK FIRE INSURANCE CO. (CARRIER)<br>C/O TRAVELERS CASUALTY<br>ONE TOWER SQUARE<br>HARTFORD, CT 06183 | Auto Liability (Texas) Insurance |
| CHUBB (CARRIER)<br>C/O FEDERAL INSURANCE COMPANY<br>CHUBB GROUP OF INSURANCE COMPANIES<br>15 MOUNTAIN VIEW ROAD<br>WARREN,, NJ 07059 | Ocean Cargo Insurance |
| CINCINNATI BELL TELEPHONE COMPANY, LLC<br>221 EAST FOURTH STREET<br>P.O. BOX 2301<br>CINCINNATI, OH 45201 | Pricing Agreement |

Sheet   **1**   of   **6**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **SENCORP**                                                    , Case No.    **09-12869 (JVA)**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| CINCINNATI UNITED CONTRACTORS, INC.<br>7870 EAST KEMPER ROAD, STE 400<br>CINCINNATI, OH 45249 | Engagement Letter |
| CLEAN AIR CONCEPTS<br>11449 DEERFIELD ROAD<br>CINCINNATI, OH 45242 | Service & Maintenance Agreement |
| COLLIERS BENNETT & KAHNWEILER<br>PETER BEATRICE<br>200 SOUTH WACKER DRIVE, SUITE 700<br>CHICAGO, IL 60606 | Real Estate Engagement Letter |
| COMMERCE & INDUSTRY INSURANCE CO. (AIG)<br>70 PINE STREET<br>NEW YORK, NY 10270 | Product Excess/General Excess Insurance |
| COMPENSATION CONSULTANTS, INC.<br>2751 TULLER PARKWAY DRIVE<br>P.O. BOX 7151<br>DUBLIN, OH 43017 | Workers Compensation Self-Insurance Service Contract |
| CUC INVESTMENTS, LLC<br>C/O CINCINNATI UNITED CONTRACTORS, INC.<br>7870 EAST KEMPER ROAD<br>CINCINNATI, OH 45249 | Lease Agreement |
| CUC INVESTMENTS, LLC<br>C/O CINCINNATI UNITED CONTRACTORS, INC.<br>7870 EAST KEMPER ROAD<br>CINCINNATI, OH 45249 | Commencement Agreement |
| DONNELLON MCCARTHY, INC.<br>4141 TURRILL<br>CINCINNATI, OH 45223 | Copier Maintenance Agreement |
| DONNELLON MCCARTHY, INC.<br>4141 TURRILL<br>CINCINNATI, OH 45223 | Copier Maintenance Agreement (CC563 - West Copier) |
| DONNELLON MCCARTHY, INC.<br>4141 TURRILL<br>CINCINNATI, OH 45223 | Copier Maintenance Agreement (CC582 - East Copier) |
| DOROTHEA A. REED<br>115 HUNTERS HILL DRIVE<br>ALEXANDRIA, KY 41001 | Severance Agreement and General Release |
| F.M. GLOBAL<br>FACTORY MUTUAL INSURANCE CO.<br>P.O. BOX 7500<br>JOHNSTON, RI 02919 | Property HPR Insurance |

Sheet   **2**   of   **6**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **SENCORP**                                                    Case No.    **09-12869 (JVA)**
                                                    ,
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **FEDERAL INSURANCE COMPANY**<br>**CHUBB GROUP OF INSURANCE COMPANIES**<br>**15 MOUNTAIN VIEW ROAD**<br>**WARREN,, NJ 07059** | **Special Crime Insurance** |
| **FIBER-SEAL**<br>**4905 CHARLEMAR DRIVE**<br>**CINCINNATI, OH 45227** | **Maintenance Service Agreement** |
| **GREENESTOCK CONSULTING LLC**<br>**P.O. BOX 54971**<br>**CINCINNATI, OH 45254** | **Consulting Agreement** |
| **GROVERNMENT STRATEGIES GROUP LLC**<br>**700 WALNUT STREET, SUITE 205**<br>**CINCINNATI, OH 45202** | **Engagement Letter & Confidentiality Agreement** |
| **HOFT, THOMAS W.**<br>**9876 MAINEVILLE ROAD**<br>**LOVELAND, OH 45140** | **Settlement Agreement and General Release** |
| **HUMANA INSURANCE COMPANY**<br>**1247 RALEIGH STREET**<br>**GREEN BAY, WI 54304** | **Agreement for Supplemental Claims Administration Services** |
| **HUMANA INSURANCE COMPANY**<br>**500 WEST MAIN STREET**<br>**LOUISVILLE, KY 40202** | **Plan Management Agreement for Administrative Services** |
| **HUMANADENTAL INSURANCE COMPANY**<br>**1100 EMPLOYERS BLVD**<br>**GREEN BAY, WI 54344** | **Plan Management Agreement for Administrative Services** |
| **INFO MANAGEMENT**<br>**A DIVISION OF RAY HAMILTON COMPANY**<br>**903 DANCE COURT**<br>**CINCINNATI, OH 45203** | **Storage & Service Agreement** |
| **INTERNATIONAL SOS ASSISTANCE**<br>**3600 HORIZON BOULEVARD**<br>**SUITE 300**<br>**TREVOSE,, PA 19053** | **Travel Assistance Insurance** |
| **JAMES, GEORGE T.**<br>**6609 STABLEFORD DRIVE**<br>**LOVELAND, OH 45140** | **Employment Agreement** |
| **JOHNSON & JOHNSON**<br>**GENERAL COUNSEL**<br>**ONE JOHNSON & JOHNSON PLAZA**<br>**NEW BRUNSWICK, NJ 08933** | **Assets Purchase Agreement with Ethicon** |

Sheet    **3**    of    **6**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **SENCORP**                                                                    Case No.    **09-12869 (JVA)**
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **LASALLE BANK NATIONAL ASSOCIATION**<br>**COMMERCIAL CARD PROGRAM MANAGER**<br>**C/O ABN AMRO SERVICES COMPANY, INC.**<br>**200 WEST MONROE STREET**<br>**CHICAGO, IL 60606** | **Commercial Card Agreement** |
| **LISTEN UP GROUP, LLC**<br>**PRESIDENT**<br>**120 SOUTH RIVERSIDE PLAZA, #1460**<br>**CHICAGO, IL 60606** | **Services Agreement** |
| **MARSH USA INC.**<br>**525 VINE STREET, SUITE 1600**<br>**CINCINNATI, OH** | **Insurance Brokerage Agreement** |
| **MARSH USA, INC.**<br>**525 VINE STREET, SUITE 1600**<br>**CINCINNATI, OH 45202** | **Client Service Agreement (March 31, 2008)** |
| **MIKE ALBERT LTD**<br>**10340 EVENDALE DRIVE**<br>**CINCINNATI, OH 45241** | **Motor Vehicle Master Lease** |
| **NATIONAL UNION FIRE INSURANCE CO. (AIG)**<br>**175 WATER STREET**<br>**NEW YORK, NY 10038** | **Directors & Officers Insurance** |
| **NATIONAL UNION FIRE INSURANCE CO. (AIG)**<br>**175 WATER STREET**<br>**NEW YORK, NY 10038** | **Crime Insurance** |
| **NATIONAL UNION FIRE INSURANCE CO. (AIG)**<br>**175 WATER STREET**<br>**NEW YORK, NY 10038** | **Fidelity/Fiduciary Insurance** |
| **NEOPOST**<br>**30955 HUNTWOOD AVENUE**<br>**HAYWARD, CA 94544** | **Postage Scale Agreement** |
| **NEOPOST**<br>**30955 HUNTWOOD AVENUE**<br>**HAYWARD, CA 94544** | **Postage Meter Agreement** |
| **OHIO DEPARTMENT OF DEVELOPMENT**<br>**DIRECTOR, STRATEGIC BUSINESS INVESTMENT**<br>**DIVISION**<br>**77 SOUTH HIGH STREET, 28TH FLOOR**<br>**P.O. BOX 1001**<br>**COLUMBUS, OH 43216** | **Grant Agreement** |
| **ORR PROTECTION SYSTEMS, INC.**<br>**9914 WINDISCH ROAD**<br>**WEST CHESTER, OH 45069** | **Inspection and Testing Agreement** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **SENCORP**    ,    Case No.  **09-12869 (JVA)**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| PICC PROPERTY & CASUALTY COMPANY, LTD<br>NO. 16, SHI SHAN ROAD<br>NEW DISTRICT, SUZHOU<br>JIANGSU PROVINCE, CHINA 215011 | SGT Insurance |
| PLANES MOVING & STORAGE, INC.<br>JOEL ENGLEMEIER<br>9823 CINCINNATI-DAYTON ROAD<br>WEST CHESTER, OH 45069 | Commerical Services Relocation Agreement |
| PM SERVICES, LLC<br>3802 FORD CIRCLE<br>CINCINNATI, OH 45227 | Commitment Letter with CRESA Partners & PM Services, LLC |
| PRINCIPAL FINANCIAL GROUP<br>711 HIGH STREET<br>DES MOINES, IA 50392 | Direct Billing Agreement for Coverage Direct Billed to Participants |
| RIVERFRONT PLACE, LIMITED<br>C/O DOAN, KEITH & BROKAMP, LLC<br>5710 WOOSTER PIKE, SUITE 212<br>CINCINNATI, OH 45227 | Lease with Riverfront Place Ltd (Including Amendments) |
| SEBASTIAN, RHONDA S.<br>7723 COOPER ROAD<br>CINCINNATI, OH 45242 | Severance Agreement and General Release |
| SPECIALTY RISK SERVICE, LLC<br>GOODWIN SQUARE<br>225 ASYLUM STREET<br>HARTFORD, CT 06103 | Claim Agreement |
| STATE FUND (CARRIER)<br>STATE OF WASHINGTON<br>DEPARTMENT OF LABOR AND INDUSTRIES<br>PO BOX 44000<br>OLYMPIA, WA 98504-4000 | Washington Workers Compensation Insurance |
| THE DEVINE GROUP, INC.<br>PRESIDENT<br>10200 ALLIANCE ROAD, SUITE 310<br>CINCINNATI, OH 45242 | Services Agreement |
| THE VANGUARD GROUP, INC.<br>100 VANGUARD BOULEVARD<br>MALVERN, PA 19355 | Record Keeping Fee Agreeement and Employer Selection of Investment Funds |
| TOWERS PERRIN<br>255 EAST FIFTH STREET, STE 2120<br>CINCINNATI, OH 45202-4721 | Master Consulting Services Agreement (Including Scope of Work Contracts) |

Sheet  **5**  of  **6**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **SENCORP** ,                                                    Case No.    **09-12869 (JVA)**

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **TRAVELERS CASUALTY**<br>**ONE TOWER SQUARE**<br>**HARTFORD, CT 06183** | **Custom Bonds with Western Surety Co.** |
| **TRAVELERS CASUALTY**<br>**ONE TOWER SQUARE**<br>**HARTFORD, CT 06183** | **Auto Liability Insurance** |
| **TRAVELERS INDEMNITY COMPANY OF CONNECTIC**<br>**ONE TOWER SQUARE**<br>**HARTFORD, CT 06183** | **Non-Ohio Workers' Compensation Insurance** |
| **TRAVELERS PROPERTY CASUALTY COMPANY**<br>**ONE TOWER SQUARE**<br>**HARTFORD, CT 06183** | **General Liability Insurance** |
| **TRIHEALTH CORPORATE HEALTH**<br>**11121 KENWOOD ROAD**<br>**CINCINNATI, OH 45242** | **Tri-Health Corporate Health CONCERN Services Agreement** |
| **UNITED HEALTHCARE INSURANCE COMPANY**<br>**450 COLUMBUS BOULEVARD**<br>**HARTFORD, CT 06115-0450** | **Administrative Services Agreement with United HealthCare** |
| **US LASER, INC.**<br>**720 GRANDVIEW AVENUE**<br>**COLUMBUS, OH 43215** | **Warranty Service Agreement** |
| **VANGUARD FIDUCIARY TRUST COMPANY, INC.**<br>**100 VANGUARD BLVD.**<br>**MALVERN, PA 19355-2331** | **Trust Agreement with Vanguard (Including First Amendment)** |
| **WASHINGTON INTERNATIONAL**<br>**1200 ARLINGTON ROAD, SUITE 400**<br>**ITASCA, IL 60143** | **(SenSource) Custom Bonds** |
| **WESTERN SURETY**<br>**101 S. PHILIPS AVENUE**<br>**SIOUX FALLS, SD 57104** | **Transportation Insurance** |
| **WILSON, GARY G.**<br>**1626 FAIRWAY CREST**<br>**LOVELAND, OH 45140** | **Contractor Agreement (Including Amendments)** |
| **XL SPECIALTY INSURANCE COMPANY**<br>**EXECUTIVE OFFICES**<br>**70 SEAVIEW AVENUE**<br>**STAMFORD, CT 06902-6040** | **Outside Director Insurance** |

Sheet    **6**    of    **6**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **SENCORP**                                                                 ,    Case No.    **09-12869 (JVA)**
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SEE ATTACHMENT H** | |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **SENCORP**                                                          Case No.    **09-12869 (JVA)**

_____
                                              Debtor(s)      Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of Corporate Financial Operations and Treasurer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**36**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 15, 2009**                                    Signature    **/s/ David T. Fyffe**

**David T. Fyffe**
**Vice President of Corporate**
**Financial Operations and**
**Treasurer**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Office Furniture and Equipment

| Descripton of Property | Current Value |
|---|---|

The current value of office furniture and equipment, itemized below, is reflected at its aggregate net book value as of 05/08/09.

| System No | Description | Acquisition Date |
|---|---|---|
| 000362 | HP LASERJET 4 | 04/01/1993 |
| 000397 | LASERWRITER SELECT 360 | 03/23/1995 |
| 000408 | HP LASERJET 4 PLUS | 09/01/1995 |
| 000409 | HP LASERJET 4 PLUS | 11/01/1995 |
| 000429 | HP LASERJET 5M | 02/18/1997 |
| 000438 | HP LASERJET 5M | 03/17/1997 |
| 000453 | LASERJET 4000 N | 03/01/1998 |
| 000477 | SONY STR DA90 CSG | 03/01/1999 |
| 000490 | DELL DIMENSION XPS B800R | 03/01/2000 |
| 000491 | DELL DIMENSION XPS T800R WITH CAMERA PRO PAC | 03/01/2000 |
| 000501 | 20/40G TAPE BACKUP & MAGNETIC TAPES | 03/01/2001 |
| 000518 | TOSHIBA LCD PROJECTOR WITH CARRYING CASE | 02/01/2002 |
| 000519 | HEWLETT PACKARD NEW SERVER | 03/01/2002 |
| 000520 | TEKTRONIX PHASER 860N PRINTER | 04/01/2002 |
| 000547 | (3) POWER EDGE 2850 800 MGZ - SERVER ROOM | 06/01/2005 |
| 000548 | POWER VAULT EXTERNAL DRIVE - SERVER ROOM | 06/01/2005 |
| 000557 | GREAT PLAINS SERVERS | 08/01/2006 |
| 000561 | DELL OPTIPLEX 745 | 11/01/2007 |
| 000007 | DESK,HUTCH,CREDEN | 09/01/1983 |
| 000009 | 4DRW FIRE FIL EXC | 01/01/1980 |
| 000012 | SUNRISE PAINTING | 07/01/1979 |
| 000013 | PAINTING SWAMP GR | 07/01/1979 |
| 000014 | PAINTING SWAMP BR | 07/01/1979 |
| 000015 | PAINTING-LES EAUX | 07/01/1979 |
| 000016 | PAINTING VILLAGE | 07/01/1979 |
| 000020 | JR DEFOOREST PAINTING-SPR | 12/08/1989 |
| 000074 | PICTURES | 10/01/1989 |
| 000077 | LANLOR SWIVEL TILT CHAIR | 01/01/1992 |
| 000084 | 5 DRAWER MERIDIAN CABINET | 03/01/1991 |
| 000087 | LOUNGE CHAIR & LOVESEAT | 10/01/1989 |
| 000088 | ROMA CHAIRS - 9 - DUOMO | 10/01/1989 |
| 000091 | GREY LOTUS RUGS - 2 | 10/01/1989 |
| 000092 | OCCASIONAL TABLE - CHERRY | 10/01/1989 |
| 000093 | OFFICE FURN. - JUILFS | 10/01/1989 |
| 000094 | CUSTOM WORKWALL | 10/01/1989 |
| 000095 | EXEC. CHAIR-OXBLOOD LEATH | 10/01/1989 |
| 000096 | CAMBRIDGE SOFA | 10/01/1989 |
| 000097 | CUBE TABLE - LT. CHERRY | 10/01/1989 |
| 000098 | OFFICE FURN. - JUILIFS | 10/01/1989 |
| 000099 | MEDIA STORAGE UNIT - BUFF | 10/01/1989 |
| 000100 | 5 LATERAL FILE - BUFF | 10/01/1989 |
| 000101 | APRIL SIDE CHAIRS - 4 | 10/01/1989 |
| 000102 | OCCAS. TABLE - LT CHERRY | 10/01/1989 |
| 000103 | OFFICE FURN. - BRAKE | 10/01/1989 |
| 000106 | EUROPA 3 SEAT SOFA | 10/01/1989 |
| 000107 | EURPOA LOUNGE CHAIR | 10/01/1989 |
| 000108 | OFFICE FURN. - RACER | 10/01/1989 |
| 000109 | AVALLO COCKTAIL TABLE | 10/01/1989 |
| 000110 | SABRINA LEATHER END TABLE | 10/01/1989 |
| 000111 | PLANTER-RACER WAIT AREA | 10/01/1989 |
| 000112 | GLASS TOP TABLE | 10/01/1989 |

Office Furniture and Equipment

| Descripton of Property | Current Value |
|---|---|

The current value of office furniture and equipment, itemized below, is reflected at its aggregate net book value as of 05/08/09.

| System No | Description | Acquisition Date |
|---|---|---|
| 000113 | BUFFET | 10/01/1989 |
| 000114 | CARLA TUB CHAIRS - 4 | 10/01/1989 |
| 000115 | OFFICE FURN. - SLOCUM | 10/01/1989 |
| 000116 | COMPUTER DESK/TY UNIT | 10/01/1989 |
| 000119 | TERRY COCKTAIL TABLE | 10/01/1989 |
| 000120 | TERRY END TABLE | 10/01/1989 |
| 000121 | OFFICE FURN. - BAILEY | 10/01/1989 |
| 000122 | RAFTERY CHAIR | 10/01/1989 |
| 000123 | KELLY SWIVEL CHAIR | 10/01/1989 |
| 000124 | WOOD DRUM TABLE | 10/01/1989 |
| 000125 | OFFICE FURN. - RUGGLES | 10/01/1989 |
| 000127 | REFLEXION TABLE BASE | 10/01/1989 |
| 000128 | RAFTERY CHAIR - HIGH BACK | 10/01/1989 |
| 000129 | KELLY SWIVEL CHAIR - 2 | 10/01/1989 |
| 000130 | TUXEDO LOUNGE CHAIR - 2 | 10/01/1989 |
| 000131 | KAYSIONALS COCKTAIL TABLE | 10/01/1989 |
| 000132 | OFFICE FURN. - TSIMARAS | 10/01/1989 |
| 000134 | KELLY SWIVEL CHAIR | 10/01/1989 |
| 000135 | WOOD DRUM TABLE | 10/01/1989 |
| 000136 | PENELOPE CHAIR - 3 | 10/01/1989 |
| 000137 | OFFICE FURN. - BARNARD | 10/01/1989 |
| 000138 | RAFTERY CHAIR - DUSK | 10/01/1989 |
| 000139 | KELLY CHAIR - CYGNER - 3 | 10/01/1989 |
| 000140 | OFFICE FURN. - OPEN | 10/01/1989 |
| 000141 | RAFTERY CHAIR - BURGUNDY | 10/01/1989 |
| 000142 | KELLY CHAIR - FINCH | 10/01/1989 |
| 000143 | PENELOPE CHAIR-CALICO-2 | 10/01/1989 |
| 000144 | OFFICE FURN. - JAMES | 10/01/1989 |
| 000145 | RAFTERY CHAIR-NIGHTRIDER | 10/01/1989 |
| 000146 | KELLY CHAIR-EIDER - 3 | 10/01/1989 |
| 000147 | PENELOPE CHAIR-TEAL-2 | 10/01/1989 |
| 000148 | OFFICE FURN. - CALVERT | 10/01/1989 |
| 000149 | MAHOGANY DRUM TABLE | 10/01/1989 |
| 000150 | OFFICE FURN. - FRONDORF | 10/01/1989 |
| 000151 | PENELOPE CHAIR-STORM-2 | 10/01/1989 |
| 000152 | RAFTERY CHAIR-NIGHTRIDER | 10/01/1989 |
| 000153 | KELLY CHAIR-RAVEN - 2 | 10/01/1989 |
| 000154 | 8-PC  CONFERENCE TABLE | 10/01/1989 |
| 000155 | ALDO CHAIRS - 6 | 10/01/1989 |
| 000156 | OCCASIONAL TABLES - 3 | 10/01/1989 |
| 000157 | EXEC. CHAIRS-SABRINA-16 | 10/01/1989 |
| 000158 | RAFTERY CHAIR - BURGUNDY | 10/01/1989 |
| 000159 | OFFICE FURN. - BJK OLD | 10/01/1989 |
| 000160 | RAFTERY CHAIR-NIGHTRIDER | 10/01/1989 |
| 000161 | KELLY CHAIR-EIDER - 3 | 10/01/1989 |
| 000162 | RAFTERY CHAIR-TEAL | 10/01/1989 |
| 000163 | KELLY CHAIR-FINCH - 3 | 10/01/1989 |
| 000164 | RAFTERY CHAIR - CHESTNUT | 10/01/1989 |
| 000165 | PENELOPE CHAIR-ARIZONA-4 | 10/01/1989 |
| 000166 | OFFICE FURN. - MUETHING | 10/01/1989 |
| 000167 | PENELOPE CHAIR-CALICO-2 | 10/01/1989 |

Office Furniture and Equipment

| Descripton of Property | Current Value |
|---|---|

The current value of office furniture and equipment, itemized below, is reflected at its aggregate net book value as of 05/08/09.

| System No | Description | Acquisition Date |
|---|---|---|
| 000168 | OFFICE FURN. - KANTER | 10/01/1989 |
| 000169 | KELLY CHAIR-DUSK | 10/01/1989 |
| 000170 | KELLY CHAIR-QUAIL - 2 | 10/01/1989 |
| 000171 | PENELOPE CHAIR-CALICO-4 | 10/01/1989 |
| 000172 | OFFICE FURN. - FYFFE | 10/01/1989 |
| 000173 | OFFICE FURNITURE - OPEN | 10/01/1989 |
| 000174 | RAFTERY CHAIR-BURGUNDY | 10/01/1989 |
| 000175 | WOOD DRUM TABLE | 10/01/1989 |
| 000176 | PENELOPE CH-GOOSEBERRY-2 | 10/01/1989 |
| 000177 | BARREL 2-SEAT SOFA | 10/01/1989 |
| 000178 | BARREL LOUNGE CHAIR | 10/01/1989 |
| 000179 | OFFICE FURN. - NASH | 10/01/1989 |
| 000180 | WOOD BOOKCASE - DK CHERRY | 10/01/1989 |
| 000181 | RAFTERY CHAIR - BURGUNDY | 10/01/1989 |
| 000182 | KELLY CHAIR-QUAIL - 3 | 10/01/1989 |
| 000183 | OFFICE FURN. - PHILLIPS | 10/01/1989 |
| 000184 | KELLY CHAIR - QUAIL | 10/01/1989 |
| 000185 | OFFICE FURNITURE - ALL ASSOCIATES | 10/01/1989 |
| 000186 | 5-HIGH FILE CABINET - BUFF - 12 - ALL ASSOC | 10/01/1989 |
| 000187 | 5-HIGH FILE CAB.-BUFF-4 | 10/01/1989 |
| 000188 | MAPLE SIDE CHAIRS-2 | 10/01/1989 |
| 000189 | WOOD DRUM TABLE | 10/01/1989 |
| 000190 | TUXEDO CLUB CHAIR | 10/01/1989 |
| 000191 | TUXEDO 2 SEAT SOFA | 10/01/1989 |
| 000192 | OFFICE FURN. - BELL | 10/01/1989 |
| 000193 | MAPLE SIDE CHAIR - 2 | 10/01/1989 |
| 000194 | RACETRACK COCKTAIL TABLE | 10/01/1989 |
| 000195 | WOOD DRUM TABLE W/GRANITE | 10/01/1989 |
| 000196 | TUXEDO 3-SEAT SOFA | 10/01/1989 |
| 000197 | TUXEDO LOUNGE CHAIR | 10/01/1989 |
| 000198 | OFFICE FURN. - GARRETT | 10/01/1989 |
| 000199 | CARLA TUB CHAIR-DUOMO-3 | 10/01/1989 |
| 000200 | CHIPOF CHAIR-MAJOLICA - 2 | 10/01/1989 |
| 000201 | OFFICE FURN. -TILLINGHAST | 10/01/1989 |
| 000202 | CHIPOF CHAIR-MAJOLICA | 10/01/1989 |
| 000203 | CHIPOF CHAIR - AURORA -2 | 10/01/1989 |
| 000204 | DRUM TABLE | 10/01/1989 |
| 000205 | OFFICE FURN. - MAHAFFEY | 10/01/1989 |
| 000206 | 5-HIGH FILE CAB-BUFF-12 | 10/01/1989 |
| 000207 | 4 DRAWER LATERAL FILE | 10/01/1989 |
| 000208 | 5-HIGH FILE CAB-BUFF-13 | 10/01/1989 |
| 000209 | 4 DRAWER LATERAL FILE | 10/01/1989 |
| 000212 | 5-HIGH BOOKCASE - 4 | 10/01/1989 |
| 000213 | COMPUTER DESK | 10/01/1989 |
| 000214 | LAT. FILE/STORAGE CABINET | 10/01/1989 |
| 000216 | KELLY CHAIR-FINCH - 5 | 10/01/1989 |
| 000218 | 5-HIGH BOOKCASE | 10/01/1989 |
| 000219 | LAT. FILE/STORAGE CABINET | 10/01/1989 |
| 000220 | 42" SQ. CONFERENCE TABLE | 10/01/1989 |
| 000221 | COMPUTER DESK | 10/01/1989 |
| 000222 | KELLY CHAIR - QUAIL - 5 | 10/01/1989 |

| | Descripton of Property | | Current Value |
|---|---|---|---|

The current value of office furniture and equipment, itemized below, is reflected at its aggregate net book value as of 05/08/09.

| System No | Description | Acquisition Date |
|---|---|---|
| 000224 | BOOKCASE - 3 | 10/01/1989 |
| 000225 | TABLE DESK | 10/01/1989 |
| 000226 | EXEC.CHAIR-RAIN FOREST-10 | 10/01/1989 |
| 000227 | 3-SEC. CONFERENCE TABLE | 10/01/1989 |
| 000228 | CREDENZA-MAHOGONY | 10/01/1989 |
| 000229 | DRUM COFFEE TABLE | 10/01/1989 |
| 000230 | PARQUET CHAIR-DOGWOOD-2 | 10/01/1989 |
| 000232 | MARBLE TOP CONFERENCE TBL | 10/01/1989 |
| 000233 | MAHOGANY COFFEE TABLE | 10/01/1989 |
| 000234 | REFFUGIO CHAIR - 4 | 10/01/1989 |
| 000235 | REFFUGIO OTTOMAN -2 | 10/01/1989 |
| 000236 | HIGH STORAGE CABINET - 2 | 10/01/1989 |
| 000237 | LOW BOOKCASE UNITS - 2 | 10/01/1989 |
| 000238 | ALEXANDER CHAIR - 4 | 10/01/1989 |
| 000241 | 8' SYSTEM TRACK - 14 | 10/01/1989 |
| 000242 | EXEC. CHAIR-FENESTRA - 8 | 10/01/1989 |
| 000243 | METAL TABLE BASES - 15 | 10/01/1989 |
| 000246 | KELLY CHAIR-FENESTRA - 6 | 10/01/1989 |
| 000247 | 8' SYSTEM TRACK - 9 | 10/01/1989 |
| 000250 | KELLY CHAIR-FENESTRA - 6 | 10/01/1989 |
| 000253 | STORAGE CREDENZA | 10/01/1989 |
| 000254 | KELLY CHAIR-FENESTRA - 9 | 10/01/1989 |
| 000260 | SIDE CHAIRS-MOHOGANY - 12 | 10/01/1989 |
| 000263 | LAMPS/TABLES/MISC. | 10/01/1989 |
| 000265 | BLACK LEATHER CHAIR | 10/01/1989 |
| 000266 | TABLE LAMP | 10/01/1989 |
| 000267 | CHAIRS - 7 | 10/01/1989 |
| 000268 | TABLE/LAMP/MIRROR | 10/01/1989 |
| 000270 | EGAN BOARD/TRACK SYSTEM | 10/01/1989 |
| 000274 | COFFEE SYSTEM | 10/01/1989 |
| 000275 | PAPER SHREDDER | 10/01/1989 |
| 000276 | PAPER SHREDDER | 10/01/1989 |
| 000277 | MAIL MACHINE & SCALE | 10/01/1989 |
| 000278 | PROJECTORS & LAMPS | 10/01/1989 |
| 000282 | NONLOCK DESKTOP SWIVEL-7 | 10/01/1989 |
| 000286 | LUXOR CART | 10/01/1989 |
| 000287 | SONY TUNER W/REMOTE | 10/01/1989 |
| 000292 | CUSTOM CUBE & TABLE | 04/01/1990 |
| 000293 | HIGHBACK LEATHER CHAIR | 04/01/1990 |
| 000294 | EGAN SYS BDS 36" X 48" | 06/01/1990 |
| 000296 | BOOKCASE | 07/01/1990 |
| 000297 | LATERAL FILE - 2 DRAWER | 07/01/1990 |
| 000298 | WOOD TOP FOR BOOKCASE | 09/01/1990 |
| 000299 | BOOKCASE & WOOD TOP | 09/01/1990 |
| 000300 | KELLY MID BACK CHAIRS - 8 | 10/01/1990 |
| 000301 | REVERSIBLE MARKERBDS - 20 | 10/01/1990 |
| 000302 | SQ ANIGRE CONFERENCE TBLE | 10/01/1990 |
| 000305 | BERNHARDT    BOOKCASE | 11/01/1990 |
| 000306 | OIL CANVAS,    L.H. MEAKIN | 01/01/1991 |
| 000308 | WALL CABINET W/ O/H DOORS | 02/01/1991 |
| 000309 | BOOKCASE W/ CREDENZA | 02/01/1991 |

SENCORP
Attachment B 38
09-12869(JVA)

Office Furniture and Equipment

| Descripton of Property | Current Value |
|---|---|

The current value of office furniture and equipment, itemized below, is reflected at its aggregate net book value as of 05/08/09.

| System No | Description | Acquisition Date |
|---|---|---|
| 000314 | 4 DRAWER FIRE KING CABINT | 03/01/1991 |
| 000332 | FORTIS-BROWN LEATHER SOFA | 05/01/1992 |
| 000333 | FORTIS-BROWN LEATH. CHAIR | 05/01/1992 |
| 000334 | FORTIS-BROWN OTTOMAN | 05/01/1992 |
| 000336 | DK CHERRY 2 DR FILE CABNT | 05/01/1992 |
| 000337 | RED MAHOG. 2 DR FILE CABN | 05/01/1992 |
| 000338 | MERIDIAN 5 HIGH LAT. FILE | 05/01/1992 |
| 000340 | 2-HALG ROUND FLIP 72" TBL | 06/01/1992 |
| 000341 | 15-EGAN REVERS. MARKER BD | 06/01/1992 |
| 000343 | CREDENZA - DARK CHERRY | 11/01/1992 |
| 000344 | 72" DIAMETER TABLES | 12/01/1992 |
| 000356 | TINTA FULL SURROUND DESK | 02/08/1993 |
| 000357 | REVISABLE MARKER BDS - 10 | 03/18/1993 |
| 000361 | 4 DRAWER LATERAL FILE | 04/01/1993 |
| 000369 | PETRI WORKTOP STATION | 08/01/1993 |
| 000386 | PETRI TYPE 2 WORKSTATION | 06/03/1994 |
| 000387 | PETRI TYPE 2 WORKSTATION | 06/03/1994 |
| 000388 | PETRI TYPE 2 WORKSTATION | 06/03/1994 |
| 000399 | SHARP FO-3850 FAX MACHINE | 03/27/1995 |
| 000400 | SHARP FO-3850 FAX MACHINE | 03/27/1995 |
| 000411 | BOOKCASE UNIT - QTY 4 | 12/01/1995 |
| 000452 | 3M 9800 OVERHEAD PROJECTOR | 02/01/1998 |
| 000455 | LITEPRO 420 LCD PROJECTOR | 03/01/1998 |
| 000478 | PHASER 740 DX PRINTER | 03/01/1999 |
| 000487 | SANY PLC-9000NA LCD PROJECTOR | 11/01/1999 |
| 000505 | CUSTOM DESK | 07/01/2001 |
| 000506 | CUSTOM COMPUTER DESK | 07/01/2001 |
| 000507 | CUSTOM LATERAL FILE | 07/01/2001 |
| 000515 | S. CONFERENCE ROOM TABLE & CHAIRS | 11/01/2001 |
| 000516 | DUPLEX SCANNER | 12/01/2001 |
| 000525 | CANON IR5000 DIGITAL IMAGING SYSTEM (COPIER) | 10/01/2002 |
| 000527 | IR5000 DIGITAL IMAGING COPIER | 04/01/2003 |
| 000533 | 3M MULTIMEDIA PROJECTOR | 06/01/2003 |
| 000536 | TPD D2-US DLP PROJECTOR | 03/01/2004 |
| 000546 | LIFE PAK CR & DEFIBULATOR AED | 01/01/2005 |
| 000550 | HP 4345X LASERJET MFP | 10/01/2005 |
| 000551 | LIFE PAK CR & DEFIBULATOR AED | 01/01/2005 |
| 000554 | CHAIRS | 04/19/2006 |

Net Book Value as of 05/08/09     $21,362

**SENCORP**                          Schedule H - Co-Debtors                          **09-12869 (JVA)**

| Name & Address of Codebtor | Name & Address of Creditor | Description |
|---|---|---|
| Senco Products, Inc.<br>4270 Ivy Pointe Blvd.<br>Cincinnati, OH 45245 | Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A.<br>Global Administrative Agent<br>135 S. LaSalle Street, Suite 425<br>Chicago, IL 60603<br>Second Amended and Restated Senior Secured Credit Agreement Dated March 30, 2007 | Borrower |
| TyRex, LLC<br>4270 Ivy Pointe Blvd.<br>Cincinnati, OH 45245 | Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A.<br>Global Administrative Agent<br>135 S. LaSalle Street, Suite 425<br>Chicago, IL 60603<br>Second Amended and Restated Senior Secured Credit Agreement Dated March 30, 2007 | Guarantor |
| Global Fastening Solutions, LLC<br>4270 Ivy Pointe Blvd.<br>Cincinnati, OH 45245 | Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A.<br>Global Administrative Agent<br>135 S. LaSalle Street, Suite 425<br>Chicago, IL 60603<br>Second Amended and Restated Senior Secured Credit Agreement Dated March 30, 2007 | Guarantor |
| Nexicor, LLC<br>4270 Ivy Pointe Blvd.<br>Cincinnati, OH 45245 | Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A.<br>Global Administrative Agent<br>135 S. LaSalle Street, Suite 425<br>Chicago, IL 60603<br>Second Amended and Restated Senior Secured Credit Agreement Dated March 30, 2007 | Guarantor |
| Omnifast, LLC<br>4270 Ivy Pointe Blvd.<br>Cincinnati, OH 45245 | Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A.<br>Global Administrative Agent<br>135 S. LaSalle Street, Suite 425<br>Chicago, IL 60603<br>Second Amended and Restated Senior Secured Credit Agreement Dated March 30, 2007 | Guarantor |
| Senco International, Inc.<br>4270 Ivy Pointe Blvd.<br>Cincinnati, OH 45245 | Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A.<br>Global Administrative Agent<br>135 S. LaSalle Street, Suite 425<br>Chicago, IL 60603<br>Second Amended and Restated Senior Secured Credit Agreement Dated March 30, 2007 | Guarantor |
| Sentron Medical, Inc.<br>4270 Ivy Pointe Blvd.<br>Cincinnati, OH 45245 | Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A.<br>Global Administrative Agent<br>135 S. LaSalle Street, Suite 425<br>Chicago, IL 60603<br>Second Amended and Restated Senior Secured Credit Agreement Dated March 30, 2007 | Guarantor |