IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-12869 |
| SENCORP, et al.,[1] ) | Chapter 11 (Judge Aug) |
| ) | Jointly Administered |
| Debtors. ) | |

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO RENEWED MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING AND
APPROVING THE DEBTORS' EMPLOYEE INCENTIVE PROGRAM (Doc. 248)**

The duly-appointed Official Committee of Unsecured Creditors (the "Committee") of SENCORP and the above-captioned affiliated debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned proposed counsel, hereby objects to the Renewed Motion Of The Debtors For An Order Authorizing And Approving The Debtors' Employee Incentive Program (Doc. 248) (the "Motion").

Although the Committee consented to the relief sought in the Motion, the modified Employee Incentive Program was only operative in the event that there was an additional bidder in addition to the stalking horse bidder. Yesterday, the Debtors gave notice (Doc. 266) that no other bids had been received, that the auction had been cancelled, and that Wynnchurch, the Stalking Horse bidder, was the successful bidder. Accordingly, the Committee believes that the Motion is now moot and should be withdrawn.[2]

---

[1] The Debtors in these Chapter 11 cases are: SENCORP, Senco Products, Inc., Senco Export, Inc., SenSource Global Sourcing, LLC, TyRex, LLC, Global Fastening Solutions, LLC, Agrifast, LLC, Nexicor, LLC, Omnifast, LLC, S C FINANCIAL, INC., Senco International, Inc., Sentron Medical, Inc., and Gregg Laboratories, Inc.

[2] Counsel for the Committee was advised this morning that the Debtors would advise the Court that the Motion was moot and did not need to be heard by the Court. However, the Agenda of Matters Scheduled for Hearing on July 2, 2009 (Doc. 273) indicates that the Debtors intend to ask the Court to enter the proposed Order attached to the Motion. The Committee accordingly is filing this Objection out of an abundance of caution.

{H1571866.1 }

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  July 1, 2009 | /s/ Daniel M. Anderson |
|  | Victoria E. Powers (0054589) |
|  | Daniel M. Anderson (0067041) |
|  | Tyson A. Crist (0071276) |
|  | Linda Mindrutiu (0082341) |
|  | SCHOTTENSTEIN ZOX & DUNN CO., LPA |
|  | 250 West Street |
|  | Columbus, Ohio  43215 |
|  | Tel: 614-462-5010 |
|  | Fax: 614-222-3478 |
|  | Email: vpowers@szd.com |
|  | *Proposed Counsel for the Official Committee of Unsecured Creditors* |

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 1, 2009, a copy of the foregoing *OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RENEWED MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING AND APPROVING THE DEBTORS' EMPLOYEE INCENTIVE PROGRAM (Doc. 248)* was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

| | |
|---|---|
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Josef S Athanas | josef.athanas@lw.com, chefiling@lw.com |
| Patrick D. Burns | patrick.burns@dinslaw.com |
| Ronald E. Gold | rgold@fbtlaw.com, ahammerle@fbtlaw.com |
| Robert G. Hanseman | rhanseman@ssdlaw.com, kroeckner@ssdlaw.com |
| Cara R. Hurak | churak@graydon.com |
| Monica V. Kindt | Monica.kindt@usdoj.gov |
| Kim Martin Lewis | kim.lewis@dinslaw.com |
| Richard M. Maseles | sdoh@dor.mo.gov |
| Charles M. Meyer | cmm@santen-hughes.com |
| Paul J. Minnillo | pjminnillo@minnillojenkins.com |
| Vicente Matias Murrell | murrell.vicente@pbgc.gov, efile@pbgc.gov |
| Benjamin Nachimson | bsn@nachimsonlaw.com |
| Richard D. Nelson | ricknelson@ctks.com |
| Donald J. Rafferty | drafferty@ctks.com, ddcass@ctks.com |
| John A. Schuh | jaschuhohecf@nuvox.net |
| Amy B. Spiller | amy.spiller@duke-energy.com |
| Lorri Staal | lorri.staal@gardencitygroup.com |
| Jeffrey S. Stein | jeff_stein@gardencitygroup.com |

| | |
|---|---|
| Kenneth Freda | kenneth_freda@gardencitygroup.com |
| Gregory Guarton | gregory.guarton@gardencitygroup.com |
| Donald L. Swanson | don.swanson@koleyjessen.com; kaye.benak@koleyjessen.com |
| Stephen R. Tetro | stephen.tetro@lw.com |

And on the following by **electronic mail** addressed to:

Baker & Daniels (scott.semenek@bakerd.com)
Beth A. Buchanan, Esq. (bbuchanan@fbtlaw.com)
Cohen Todd Kite & Stanford, LLC (svollman@ctks.com)
De Poan Pneumatic (service@depoan.com)
U.S. Dept. of Labor (contact-ocfo@dol.gov)
Dubai Wire F Z E (rkv@dubaiwire.com)
George C. Juilfs (gjuilfs@sencorp.com)
IBM Credit LLC (pbrown@us.ibm.com)
Je IL Steel Co., LTD (webmaster@jeilsteel.com)
John Sieger (john.sieger@kattenlaw.com)
Keystone Steel & Wire (general@keystonesteel.com)
L&P Financial Services/Metrock Steel (metrock@metrocksteel.com)
Laboratoire Primatech Inc. (info@primatech.ca)
Lasalle Bank National Assoc., Global Admin. Agent (steven.friedlander@bankofamerica.com)
Sarah E. Barr, Esq. (sarah.barr@lw.com)
Max Eisenberg (max.eisenberg@lw.com)
Morris-Anderson & Associates Ltd. (dmack@morrisanderson.com)
National City Commercial Capital Company, LLC (thomas.dodd@nationalcity.com)
National City Corp. (PNC Financial Services Group Inc.) (samuel.harris@nationalcity.com)
Peter A. Siddiqui (peter.siddiqui@kattenlaw.com)
Royal Bank of Scotland (Citizens Bank) (thomas.k.schmidt@citizensbank.com)
Safeco Credit Co. Inc. (D/B/A Safeline Leasing) (info@safcoproducts.com)
SEC-Chicago Regional Office (chicago@sec.gov)
SEC-Los Angeles Regional Office (losangeles@sec.gov)
SEC-San Francisco Regional Office (sanfrancisco@sec.gov)
Tecnofil S.P.A. (info@tecnofil.net)
U.S. Department of Justice (askdoj@usdoj.gov)
US Environmental Protection Agency (nagle.richard@epa.gov)
Vedder Price P.C. (dlipke@vedderprice.com)
Wells Fargo & Co./Foothill (david.p.hill@wellsfargo.com)


And on the following by **ordinary U.S. Mail** addressed to:

| | |
|---|---|
| ADVANCED FACILITIES INC.<br>ATTN: OFFICE MANAGER<br>4690-S INTERSTATE DRIVE<br>CINCINNATI, OH 45246 | ALLIED IRISH BANKS, P.L.C.<br>ATTN: MIA BOLIN, VICE PRESIDENT<br>601 S. FIGUEROA STREET<br>SUITE 4650 |

{H1571866.1}  4

LOS ANGELES, CA 90017

BUTLER COUNTY DEPARTMENT OF
JOB AND FAMILY SERVICES
ATTN: INVESTIGATIONS & RECOVERY
DIVISION
315 HIGH STREET
HAMILTON, OH 45012

PRESIDENT
BASSO INDUSTRY CORP.
NO. 24, 36TH ROAD
TAICHUNG INDUSTRIAL ZONE
TAICHUNG TAIWAN, R.O.C. CHINA

CHINA STAPLE ENTERPRISE
CORP(TAIWAN)
N158 NO. TAI MIN ROAD, WU JIH
HSIANG
TAICHUNG GSIEN CHINA

CENTRAL WIRE-UNION
PO BOX 7777-W2450
PHILADELPHIA, PA 19175

CIT COMMUNICATIONS FINANCE
CORPORATION
1 CIT DRIVE
LIVINGSTON, NJ 07039

CHONG CHENG XING YE CO., LTD
ATTN: COMPANY PRESIDENT
TAIWAN BUSINESS BANK
TAICHUNG BRANCH
TAICHUNG CITY CHINA

CITY OF MASON
5000 MASON-MONTGOMERY ROAD
MASON, OH 45040

CORUS INTERNATIONAL TRADING
C/O RONALD E. ALLEN, JR., VP
475 N. MARTINGALE ROAD
SUITE 400
SCHAUMBURG, IL 60173

CORUS INTERNATIONAL TRADING
LTD.
30 MILLBANK
LONDON SW1P 4WY

DEENCH CORP.
C/O JACK R. PIGMAN, ESQ.
PORTER, WRIGHT, MORRIS & ARTHUR,
LLP
41 S. HIGH STREET
COLUMBUS, OH 43215

DEENCH CORP.
NO. 18, 2ND INTERNATIONAL
TAINAN CHINA

GEORGE C. JUILFS
YOUNG & ALEXANDER CO., LLP
JONATHAN L. BECKER, ESQ.
130 W. SECOND STREET, SUITE 2000
DAYTON, OH 45402-1502

GEORGE C. JUILFS
SENCORP
4270 IVY POINTE BOULEVARD
4TH FLOOR
CINCINNATI, OH 45245

GERRARDS LIMITADA
ATTN: COMPANY PRESIDENT
AV. MARCIANO BAPTISTA, 26F 3 FLAT F
ED CHONG FOK COMM. CENTER,
MACAU HONG KONG

INTERNAL REVENUE SERVICE
300 N. LOS ANGELES STREET
MAIL STOP 5022
LOS ANGELES, CA 90012

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
INSOLVENCY SECTION
P. O. BOX 1579
CINCINNATI, OH 45201

INTERNAL REVENUE SERVICE
INSOLVENCIES
PO BOX 21126
PHILADELPHIA, PA 19114

JACKSON WALKER L.L.P.
ATTN: BRUCE RUZINSKY & D. ELAINE
CONAY
ATTY FOR CONSTELLATION
NEWENERGY-GAS
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010

JACKSON WALKER L.L.P.
ATTN: HEATHER M. FORREST, ESQ.
ATTY FOR CONSTELLATION
NEWENERGY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

JOHNSTOWN WIRE TECHNOLOGIES, INC.
C/O RONALD E. SHAFFER, VP
124 LAUREL ROAD
JOHNSTOWN, PA 15906

KEYSTONE CONSOLIDAETD
INDUSTRIES, INC.
c/o BERT E. DOWNING, JR., VP/CFO
5430 LBJ FREEWAY, SUITE 1740
DALLAS, TX 75240

KING STEEL CORP.
DRAWER #1656
P.O. BOX 79001
DETROIT, MI 48279-1656

LASALLE BANK NATIONAL
ASSOCIATION, AS AGENT
312 WALNUT STREET
SUITE 2450
CINCINNATI, OH 45202

LASALLE NATIONAL LEASING
CORPORATION
11333 MCCORMICK ROAD
#MD503207
HUNT VALLEY, MD 21031-1001

MORRIS-ANDERSON & ASSOCIATES
ATTN: DAVID MACK
55 W. MONROE STREET, SUITE 2500
CHICAGO, IL 60603

OHIO BUREAU OF WORKERS'
COMPENSATION
ATTN: LAW SECTION BANKRUPTCY UNIT
P.O. BOX 15567
COLUMBUS, OH 43215

OHIO BUREAU OF WORKERS'

OHIO DEPARTMENT OF TAXATION

COMPENSATION
30 W. SPRING STREET
THOMAS WOODRUFF, DIRECTOR
COLUMBUS, OH  43215-2256

OHIO BUREAU OF WORKERS'
COMPENSATION
ATTORNEY GENERAL OF OHIO
COLLECTIONS ENFORCEMENT
SECTION
150 E GAY STREET, 21ST FLOOR
COLUMBUS, OH  43215

OHIO DEPARTMENT OF TAXATION
P.O. BOX 530
ATTN: BANKRUPTCY DIVISION
COLUMBUS, OH  43216-0030

OHIO DEPARTMENT OF JOB AND
FAMILY SERVICES
FKA OHIO BUREAU OF EMPLOYMENT
SERVICES
ATTN: COLLECTION DEPARTMENT
P. O. BOX 923
COLUMBUS, OH  43216-0923

PENSION BENEFIT GUARANTY
CORPORATION
OFFICE OF THE GENERAL COUNSEL
1200 K STREET NW
WASHINGTON, D.C.  20005

PRO-COPY LEASING, INC.
4720 GLENDALE-MILFORD ROAD
CINCINNATI, OH  45242

SAFECO CREDIT CO. INC.
DBA SAFELINE LEASING
44 OLD RIDGEBURY ROAD
DANBURY, CT  06810

SENCO GENERAL TOOLS (SUZHOU) CO.
LTD
WEST NO. B-6 EXPORT PROCESSING
ZONE

C/O ATTORNEY GENERAL OF OHIO
COLLECTIONS ENFORCEMENT SECTION
150 E GAY STREET, 21ST FLOOR
COLUMBUS, OH  43215

OHIO DEPARTMENT OF JOB AND FAMILY
SERVICES
C/O ATTORNEY GENERAL - REV REC
ATTN: BANKRUPTCY
STAFF/COLLECTIONS
150 E GAY STREET, 21ST FLOOR
COLUMBUS, OH  43215

OHIO DEPARTMENT OF JOB AND FAMILY
SERVICES
PO BOX 182413
COLUMBUS, OH  43218-2413

PRECISION FASTENERS LLC
P.O. BOX 28619
DUBAI INVESTMENTS BANK
DUBAI U.A.E.

RAYMOND LEASING CORPORATION
20 S. CANAL STREET
GREENE, NY  13778

SECURITIES & EXCHANGE COMMISSION
DAVID M. BECKER, GENERAL COUNSEL
100 F STREET, NE.
WASHINGTON, D.C.  20549

SENCO LATIN AMERICA
CALLE 36 #66B-46
ITAGUI (ANTIOQUIA) COLOMBIA

STEMCOR USA, INC.
350 FIFTH AVENUE
SUITE 7815
NEW YORK, NY  10118

{H1571866.1}                                   7

NEW & HIGH TECH
SUZHOU, JIANGSU 215151

SENCO PNEUMATIC H.K. LTD
BLK B, 9/F, UNIT 2
TONIC IND. CENTRE
KOWLOON HONG KONG

TECHTRONIC INDUSTRIES CO. LTD.
UNITS B-F 24/F., CDW BLDG.,
388 CASTLE PEAK ROAD
ATTN: COMPANY PRESIDENT
TSUEN WAN , N.T. HONG KONG

STERLING STEEL LLC
101 AVENUE K
STERLING, IL 61081-3229

U.S.EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
131 M STREET, NE
WASHINGTON, DC 20507

U. S. ATTORNEY - CINCINNATI
U.S. DEPARTMENT OF JUSTICE
221 EAST FOURTH STREET
SUITE 400
CINCINNATI, OH 45202

TRIM INTERNATIONAL, INC.
C/O SKIPPER YIH, CEO
21 F NO. 508, SEC. 5
CHUNG HSIAIO E. RD.
TAIPEI, TAIWAN

TIANJIN XIAN TONG JUXIANG METAL
MAN. CO, LTD.
ATTN: COMPANY PRESIDENT
DAMING ROAD, YINGXIANG STREET
XIQING DISTRICT, TIANJIN, CHINA

US BANCORP
ATTN: CHIEF RISK OFFICER
1310 MADRID STREET
800 NICOLET MALL
MARSHALL, MN 56258

UNITED STATES CUSTOMS
610 S. CANAL STREET
ROOM 900
CHICAGO, IL 60607

US FASTENERS WEST
8685 BOWERS AVE
SOUTH GATE, CA 90280

US EQUAL EMPLOYMENT
OPPORTUNITY COMM.
131 M STREET NE
WASHINGTON, D.C. 20507

WORTHEN INDUSTRIES INC
PO BOX 847125
BOSTON, MA 02284-7125

WELLS FARGO FINANCIAL LEASING
INC.
604 LOCUST ST., 1ST FLOOR
SUITE 195
DES MOINES, IA 50309-3705

Frederick H. Gribbell, LLC
6675 Taylor Road
Cincinnati, OH 45248

XINGYA CINCINNATI
NO. 88 LIU TAI ROAD
LIUHE TOWN
TAICANG CITY, 215431 CHINA

{H1571866.1} 8

/s/ Daniel M. Anderson

{H1571866.1}　　　　　　　　9