**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-12869 (JVA) |
| SENCORP, et al.,[1] | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Honorable J. Vincent Aug, Jr. |
| | ) | |

**AMENDED AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JULY 2, 2009**

**I.     INTRODUCTION**

Set forth below is the agenda for the hearings scheduled for July 2, 2009, at 10:00 a.m. (the "Agenda"). The information contained in the Agenda reflects documents received in our offices or appearing on this Court's docket in these chapter 11 cases as of the date hereof.

**II.    10:00 A.M. HEARINGS**

The Debtors request consideration by this Court of the following Pleadings at the Hearing:

1. Renewed Motion of the Debtors for an Order Authorizing and Approving the Debtors' Employee Incentive Program and Request for an Expedited Hearing [DN 248]

   | | |
   |---|---|
   | Date Filed: | June 24, 2009 |
   | Response Deadline: | July 1, 2009 |
   | Responses Filed: | Objection Filed by Official Committee of Unsecured Creditors [DN 274] |

---

[1] The Debtors in these Chapter 11 cases are: SENCORP, Senco Products, Inc., Senco Export, Inc., SenSource Global Sourcing, LLC, TyRex, LLC, Global Fastening Solutions, LLC, Agrifast, LLC, Nexicor, LLC, Omnifast, LLC, S C FINANCIAL, INC., Senco International, Inc., Sentron Medical, Inc., and Gregg Laboratories, Inc.

|  |  |
|---|---|
| Related Pleadings: | Motion to Expedite Hearing [DN 249] |
|  | Order Granting Motion Expedite Hearing [DN 255] |
|  | Notice of Motion Scheduling an Expedited Hearing [DN 257] |
| Status: | Will request entry of the proposed order granting Motion at the hearing. |

2. Motion and Notice of Motion for an Order (I) Fixing a Bar Date for Filing Proofs of Claim or Interest Pursuant to Bankruptcy Rule 3003(C)(3), (II) Approving Proof of Claim Form and (III) Approving the Form and Manner of Notice and Publication of Bar Date [DN 212]

|  |  |
|---|---|
| Date Filed: | June 10, 2009 |
| Response Deadline: | June 25, 2009 |
| Responses Filed: | None |
| Related Pleadings: | N/A |
| Status: | Request entry of the proposed order granting Motion. |

3. Motion Pursuant to 11 U.S.C. §§ 105(A), 363, 365, and Bankruptcy Rules 2002, 6004, 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of All of the Debtors Assets; (B) Approving Bid Protections for the Seal of the Debtors Assets; (C) Scheduling an Auction and Sale Hearing for the Sale of the Debtors Assets; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of the Debtors Assets Free and Clear of all Liens, Claims, Encumbrances and Interests; and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [DN 35]

|  |  |
|---|---|
| Date Filed: | May 8, 2009 |
| Response Deadline: | June 26, 2009 |

| | |
|---|---|
| Responses Filed: | Objection to Notice of Cure Amounts Filed by Kip J Bailey [DN 233] |
| | Objection to Notice of Cure Amounts Filed by Techtronic Industries Co., Ltd [DN 235] |
| | Opposition Motion to assume Lease or Executory Contract and Notice of Cure Amount Filed by Bias Corporation (now Oracle USA, Inc. as successor-in-interest) [DN 238] |
| | Objection to Notice of Cure Amounts Filed by Broadwell Factory Group, LLC and BRL Development Company, LLC [DN 239] |
| | Objection Filed by Simes Senco, S.A. [DN 240] (Resolved) |
| | Objection to Notice of Cure Amounts Filed by Techtronic Industries Co., Ltd [DN 254] |
| | Objection Filed by Micronics, Inc. [DN 258] |
| | Limited Objection Filed by Pension Benefit Guaranty Corporation [DN 259] |
| | Objection Filed by Official Committee of Unsecured Creditors [DN 260] |
| | Joinder and Response Filed by Bank of America, NA [DN 270] |
| | Limited Objection to Notice of Assumption and Assignment and Response to Debtors' Sale Motion Filed by Poppers Holding B.V. and Verpa-Senco B.V. [DN 276] |
| | Banc of America Leasing and Capital, LLC (as assignee to Oracle Credit Corporation) Oral Objection (Resolved) |
| | Sterling Commerce (America), Inc. Oral Objection (Resolved) |
| | CIT Communications Finance Corp. (original lessor was AT&T Credit Corp) Oral Objection (Resolved) |
| | Ken Morrison Faxed Objection |

| | |
|---|---|
| Related Pleadings: | Notice of Revised Proposed Order [DN 148] |
| | Order [DN 161] |
| | Notice of Sale of Certain Assets, Free and Clear of Liens, Claims, Encumbrances and Interests [DN 164] |
| | Notice of Cure Amounts with Respect to Executory Contracts or Unexpired Leases to be Assumed and Assigned [DN 188] |
| | Supplemental Notice of Cure Amounts with Respect to Executory Contracts or Unexpired Leases to be Assumed and Assigned [DN 236] |
| | Notice of Cancellation of Auction, of Successful Bidder and of Assumption and Assignment of Executory Contracts or Unexpired Leases [DN 266] |
| | Omnibus Response to Objections Filed by Debtor In Possession SENCORP [DN 272] |
| | Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases [DN 275] |
| Status: | Objections to be addressed at the hearing (summary of responses to objections to be provided prior to or at the hearing). Will request entry of the revised proposed order granting approval of the sale at the hearing. |

Dated: July 2, 2009
Cincinnati, OH

Respectfully submitted,

**LATHAM & WATKINS LLP**

Josef S. Athanas
Stephen R. Tetro II
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606-6401
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

- and -

**FROST BROWN TODD LLC**

By: /s/ Ronald E. Gold
    Ronald E. Gold, Esq. (0061351)
    Beth A. Buchanan, Esq. (0068430)
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com
Email: bbuchanan@fbtlaw.com

**ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION**

CINLibrary 0079628.0565619 1985810v1